# DECLARATION

FILED
2009 OCT 28 AM 11: 01
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

Case No ~~CV2009-054573~~ 09-27291

Debtor(s)' Name(s)

AMPELIO BARRON FELIX

ANAMARIA FELIX

I, <u>AMPELIO BARRON FELIX</u>, do hereby certify, under penalty of perjury, that the MasterMailing List, consisting of <u>1</u> sheet, is complete, correct and consistent with the debtor(s)' schedules.

Date of execution: <u>OCTOBER 28, 2009</u>

_____
(Debtor)

_____
(Attorney, if applicable)

_____
(Spouse)

kyr/mmlrequirements/12/00

FELIX, AMPELIO BARRON AND ANAMARIA                    CASE # CV2009-054573

IMPERIAL CAPITAL BANK
00007060069
500 N. BRAND BLVD. SUITE 1500
GLENDALE CA 91203


JPMORGAN CHASE BANK
793927096
P.O. BOX 650528
DALLAS TX 75265-0528


AURORA LOAN SERVICES
0400668042
P.O. BOX 78111
PHOENIX AZ 85062-8111


AURORA LOAN SERVICES
0400667994
P.O. BOX 78111
PHOENIX AZ 85062-8111


FIRST CREDIT UNION
1545774-5
P.O. BOX 22030
TEMPE AZ 85285-2030


BANK OF AMERICA
6817-1010-800499
P.O. BOX 26078
GREENSBORO NC 27420


BANK OF AMERICA
7064653046
P.O. BOX 26078
GREENSBORO NC 27420


BANK OF AMERICA
7063809805
P.O. BOX 26078
GREENSBORO NC 27420