David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Telephone: (602) 252-0809
Facsimile No: (602) 256-0432
E-Mail: dlk@knapperlaw.com
Attorney for Secured Creditor **IMPERIAL CAPITAL BANK**

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 2:09-bk-27291-CGC<br><br>**NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND REQUEST TO BE PLACED ON MASTER MAILING LIST**<br><br>(Assigned to the Honorable Judge Charles G. Case II) |

NOTICE is hereby given that the undersigned counsel has been retained to represent Secured Creditor IMPERIAL CAPITAL BANK, a California commercial bank ("ICB"), in the above-entitled, captioned, and numbered cause of action, and that copies of all documents and pleadings should henceforth be served on said counsel for and on behalf of ICB. Request is further made that ICB be added to the Master Mailing List.

DATED this 2nd day of November, 2009.

**LAW OFFICES OF DAVID L. KNAPPER**

/s/ David L. Knapper, SB No. 010328
David L. Knapper
Attorney for ICB

COPIES OF THE FOREGOING
mailed this 2nd day of November, 2009
to all those parties as set forth in the
Certificate of Service to be filed by
ICB on even date herewith

/s/ David L. Knapper