David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Telephone: (602) 252-0809
Facsimile No: (602) 256-0432
E-Mail: dlk@knapperlaw.com
Attorney for Secured Creditor **IMPERIAL CAPITAL BANK**

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re | CHAPTER 11 |
| | CASE NO. 2:09-bk-27291-CGC |
| AMPELIO BARRON FELIX and ANAMARIA FELIX, | **CONSOLIDATED NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL, DEMAND FOR ACCOUNTING AND TURN-OVER OF CASH COLLATERAL & REQUEST FOR COURT TO SCHEDULE AN EXPEDITED HEARING ON SAID NOTICE & DEMAND** |
| Debtors. | (Assigned to the Honorable Judge Charles G. Case II) |

On even date herewith, Secured Creditor IMPERIAL CAPITAL BANK, a California commercial bank ("ICB"), is filing in the above-referenced Chapter 11, among other pleadings, the pleadings captioned: (i) "Proof of Claim" and (ii) "Motion for Relief from the Automatic Stay & Demand for Adequate Protection," collectively, which prove-up ICB's entitlement to cash collateral, and further, the unauthorized use and/or dissipation of said collateral by the

1

above-referenced Debtors and/or their Trust, Felix Family Trust, U/A dated September 23, 2008.

So as to avoid needless redundancy, ICB incorporates, as though fully stated herein, the contents of the above-referenced pleadings.

Specifically, ICB's cash collateral is the rents generated from certain residential apartment units, against which ICB hold a properly perfected lien, again, as proven by the above-referenced pleadings.

**NOTICE & PRAYER**

By filing this pleading, ICB hereby provides notice that it objects to any party utilizing its aforementioned cash collateral, demands that ICB be provided an accounting of its cash collateral, demands the cash collateral be turned-over to ICB, and lastly, requests this Court conduct a Hearing, as regards all the relief requested by this pleading, and the aforementioned cash collateral in general, hopefully to be scheduled by the Court on an expedited basis.

On even date herewith, ICB is lodging a proposed "Order Scheduling Cash Collateral Hearing on an Expedited Basis," which upon this Court completing and entering same, ICB's attorney undersigned will promptly serve, by appropriate mailings, upon all necessary parties, followed by filing a Certificate of Service evidencing said mailings/service.

RESPECTFULLY SUBMITTED this 2nd day of November, 2009.


LAW OFFICES OF DAVID L. KNAPPER


/s/David L. Knapper
David L. Knapper
Attorney for MOVANT

2

LAW OFFICES OF DAVID L. KNAPPER

| | |
|---|---|
| 1 | |
| 2 | COPY of the foregoing |
| 3 | transmitted on or about this |
| 4 | 2nd day of November, 2009, to: |
| 5 | |
| 6 | The Honorable Judge Charles G. Case II |
| 7 | United States Bankruptcy Court |
| 8 | 230 North First Avenue |
| 9 | 6th Floor, Courtroom No. 601 |
|  | Phoenix, Arizona 85025 |

COPY of the foregoing
transmitted on or about this
2nd day of November, 2009, to:

The Honorable Judge Charles G. Case II
United States Bankruptcy Court
230 North First Avenue
6th Floor, Courtroom No. 601
Phoenix, Arizona 85025

COPIES of the foregoing
mailed this 2nd day of November, 2009, to:

All Necessary Parties as evidenced
by the Certificate of Service filed
by ICB on even date herewith

/s/David L. Knapper_____
David L. Knapper

3

Case 2:09-bk-27291-CGC    Doc 15    Filed 11/02/09    Entered 11/02/09 21:19:04    Desc
LAW OFFICES OF DAVID L. KNAPPER
Main Document    Page 3 of 3