David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Telephone: (602) 252-0809
Facsimile No: (602) 256-0432
E-Mail: dlk@knapperlaw.com
Attorney for Movant/Secured Creditor **IMPERIAL CAPITAL BANK**

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX,<br><br>Debtors.<br><br>IMPERIAL CAPITAL BANK, a California commercial bank,<br><br>Movant,<br><br>v.<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX, aka Ana Maria Felix, Debtors, and FELIX FAMILY TRUST, U/A DATED SEPTEMBER 23, 2008, Interested Party,<br><br>Debtors/Respondents. | CHAPTER 11<br><br>CASE NO. 2:09-bk-27291-CGC<br><br>(Assigned to the Honorable Judge Charles G. Case II)<br><br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY & DEMAND FOR ADEQUATE PROTECTION** |

**NOTICE IS HEREBY GIVEN** that Movant/Secured Creditor IMPERIAL CAPITAL BANK, a California commercial bank ("MOVANT"), has filed a Motion for Relief from the Automatic Stay & Demand for Adequate Protection ("Motion").

**NOTICE IS FURTHER GIVEN** that, by the Motion, MOVANT is requesting, among other things, an Order granting MOVANT or its successor(s) relief from the automatic stay of

11 U.S.C. § 362(a), to permit MOVANT or its successor(s), notwithstanding Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, and with said Rule explicitly waived, to enforce the Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing dated August 7, 2007 and recorded on August 24, 2007 at Recorder's No. 2007-0955161, Maricopa County, Arizona ("Deed of Trust"), encumbering the real property, together with the improvements thereon and fixtures attached thereto, plus all additional items pledged as collateral pursuant to the Deed of Trust, generally consisting of eight (8) single story buildings housing a total of thirty-two (32) residential apartment units commonly known as and/or generally located at 2608, 2612 and 2618 East Roosevelt Street and 2613 East Portland Street, Phoenix, Arizona 85008 85222, bearing the legal description as contained in Exhibit "A" attached to the Deed of Trust, plus as attached as Exhibit "A" to the proposed "Order Granting Movant Relief from the Automatic Stay" that MOVANT is mailing out on even date herewith to all necessary parties, and also identified as Maricopa County Assessor Tax Parcel Nos. 121-76-085C, 121-76-104A and 121-76-086C (collectively "Property"), owned by Debtors AMPELIO BARRON FELIX and ANAMARIA FELIX, aka Ana Maria Felix, and/or owned by them as Co-Trustees of a Trust they control, specifically, Interested Party FELIX FAMILY TRUST, U/A DATED SEPTEMBER 23, 2008 (collectively "DEBTORS"), by means of causing to be conducted a Trustee's Sale of the Property ("Sale"), and if the successful bidder(s) at the Sale, to thereafter obtain exclusive ownership, possession and control of the Property.

**NOTICE IF FURTHER GIVEN** that MOVANT is also requesting, again, among other things, that pending the completion of the Sale, the aforementioned Order further permit MOVANT or its successor(s), again, notwithstanding Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, and again, with said Rule explicitly waived, to immediately further enforce the Deed of Trust by causing the Property to be placed under the control of a State Court appointed Receiver, including without limitation, by means of MOVANT or its successor(s) continuing to prosecute and obtaining the relief requested in and by Count Two

(Application for Appointment of Receiver, With or Without Notice) of the Complaint that MOVANT filed initiating Cause or Case No. CV2009-054573, Maricopa County Superior Court, Arizona.

**NOTICE IS FURTHER GIVEN** that by filing the Motion, the precise relief MOVANT is requesting is the entry of the proposed "Order Granting Movant Relief from the Automatic Stay," which MOVANT is serving upon all necessary parties, with that proposed Order attached as Attachment "1" to the "Certificate of Service" MOVANT is filing in this case on even date herewith.

**NOTICE IS FURTHER GIVEN** that the proposed Order includes in rem verbiage, which means that MOVANT is also requesting the Court adjudicate that even if this Chapter 11 is subsequently converted to another Chapter under the Bankruptcy Code, and even if, one or more other bankruptcies are filed by or against Debtors AMPELIO BARRON FELIX and ANAMARIA FELIX, aka Ana Maria Felix, whether jointly or separately, and regardless of when, such shall not prevent MOVANT or its successor(s) from causing a Receiver to be appointed in State Court to take over control of the Property, and further, causing to be completed a Sale, and if the successful bidder(s) at the Sale, thereafter obtaining exclusive ownership, possession and control of the Property.

**NOTICE IS FURTHER GIVEN** that if the Court enters the proposed Order, such will enjoin DEBTORS from directly or indirectly attempting to lease, transfer, sell, encumber or utilize the Property, including any portion thereof, and also, enjoin DEBTORS from utilizing or otherwise disbursing any funds previously or subsequently derived from leasing-out and/or utilizing portions of the Property, said funds which are the cash collateral of MOVANT or its successor(s).

**NOTICE IS FURTHER GIVEN** that the proposed Order includes additional verbiage providing that at MOVANT's request, or that of its successor(s), any further bankruptcies filed by, or against, and whether jointly or separately, any party claiming an interest in the

3

LAW OFFICES OF DAVID L. KNAPPER

Property, including without limitation, DEBTORS, either prior or one hundred fifty (150) days subsequent to the entry of the Order, shall be assigned to the Honorable Judge Charles G. Case II.

**NOTICE IS FURTHER GIVEN** that the proposed Order also provides that its terms shall remain in full force and effect even if an Appeal is taken of the Order, unless a separate Order explicitly staying such is obtained from this Court, the Bankruptcy Appellate Panel or the United States District Court.

**NOTICE IS FURTHER GIVEN** that if the Court is not inclined to enter the above-referenced and described proposed Order, then by filing the Motion, MOVANT is requesting, in the alternative, that for purposes of providing MOVANT or its successor(s) adequate protection, the Court enter an Order Modifying the Automatic Stay, whereby MOVANT or its successor(s) shall be immediately granted authorization, again, notwithstanding Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, and again, with said Rule explicitly waived, to enforce the Deed of Trust by means of causing a Receiver to be appointed in State Court, further causing to be completed a Sale, and if the successful bidder(s) at the Sale, to thereafter obtain exclusive ownership, possession and control of the Property, if DEBTORS do not pay MOVANT or its successor(s) $8,000.00, or a different amount possibly adjudged by the Court to be appropriate, on the first (1st) day of each month.

**NOTICE IS FURTHER GIVEN** that the Motion may be reviewed at the Court identified in the caption of this pleading and that, if requested, MOVANT's counsel undersigned shall furnish any interested party a copy of the Motion, plus a copy of the proposed Order, again, which is attached as Attachment "1" to the "Certificate of Service" MOVANT is filing in this case on even date herewith.

**NOTICE IS FURTHER GIVEN** that the Motion may be granted if no Objection is served on MOVANT's attorney, Law Offices of David L. Knapper, David L. Knapper, Esq.,

4

Case 2:09-bk-27291-CGC    Doc 17    Filed 11/02/09    Entered 11/02/09 21:33:33    Desc
LAW OFFICES OF DAVID L. KNAPPER
Main Document    Page 4 of 5

1599 East Orangewood, Suite 125, Phoenix, Arizona 85020, and is filed with the Court within fifteen (15) days of the date of service of this Notice.

    RESPECTFULLY SUBMITTED this 2nd day of November, 2009.

**LAW OFFICES OF DAVID L. KNAPPER**

/s/David L. Knapper_____
David L. Knapper
Attorney for MOVANT

SUBMITTED this
2nd day of November, 2009, to:

The Honorable Judge Charles G. Case II
United States Bankruptcy Court
230 North First Avenue
6th Floor, Courtroom No. 601
Phoenix, Arizona 85025

COPIES of the foregoing
mailed this 21st day of
January, 2009, to:

All necessary parties as evidenced
by the Certificate of Service filed
by MOVANT on even date herewith

/s/David L. Knapper_____
David L. Knapper