```
1   David L. Knapper
    State Bar No. 010328
2   **LAW OFFICES OF DAVID L. KNAPPER**
3   1599 East Orangewood, Suite 125
    Phoenix, Arizona 85020
4   Telephone:      (602) 252-0809
    Facsimile No:   (602) 256-0432
5   E-Mail:         dlk@knapperlaw.com
6   Attorney for Movant/Secured Creditor **IMPERIAL CAPITAL BANK**
```

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re | CHAPTER 11 |
| AMPELIO BARRON FELIX and ANAMARIA FELIX, | CASE NO. 2:09-bk-27921-CGC |
| | (Assigned to the Honorable Judge Charles G. Case II) |
| Debtors. | |
| IMPERIAL CAPITAL BANK, a California commercial bank, | |
| Movant, | |
| v. | **CERTIFICATE OF SERVICE** |
| AMPELIO BARRON FELIX and ANAMARIA FELIX, aka ANA MARIA FELIX, Debtors, and FELIX FAMILY TRUST, U/A DATED SEPTEMBER 23, 2008, Interested Party, | |
| Debtors/Respondents. | |

State of Arizona       )
                       ) ss.
County of Maricopa     )

David L. Knapper, being first duly sworn upon his oath, deposes and states:

I, David L. Knapper, hereby certify that on the 2nd day of November, 2009, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, true and correct copies of the following pleadings filed in the above-referenced Chapter 11 by Movant/Secured Creditor IMPERIAL CAPITAL BANK, a California commercial bank ("Movant"): (i) "Notice of Appearance, Request for Notice and Request to be Placed on Master Mailing List" (ii) "Proof of Claim"; (iii) "Motion for Relief from the Automatic Stay & Demand for Adequate Protection"; (iv) "Notice of Filing Motion for Relief from the Automatic Stay & Demand for Adequate Protection"; (v) a proposed Order captioned "Order Granting Relief from the Automatic Stay," a true and correct copy of which is attached hereto as Attachment "1," and lastly, (vi) a "Consolidated Notice of Non-Consent to Use of Cash Collateral, Demand for Accounting and Turn-over of Cash Collateral & Request for Court to Schedule an Expedited Hearing on Said Notice & Demand," all mailed to the following, which includes, among others, all those parties listed in the ECF Creditor Mailing Matrix for the above-referenced Chapter 11 that have sufficiently detailed and/or complete mailing addresses to receive mailings, and lastly, those parties reflected to be entitled to notice pursuant to A.R.S. § 33-801 *et. seq.* in the Trustee's Sale Guarantee Report bearing an effective date of October 6, 2009, which Stewart Title Insurance Company has provided Movant:

>Ampelio Barron Felix
>AnaMaria Felix, aka Ana Maria Felix
>Felix Family Trust, U/A Dated September 23, 2008
>c/o Ampelio Barron Felix and AnaMaria Felix,
>aka Ana Maria Felix,
>Its Co-Trustees
>13131 East Ocotillo Road
>Chandler, Arizona 85249-2613
>Debtors/Respondents

| | |
|---|---|
| 1 | OFFICE OF THE U.S. TRUSTEE |
| 2 | 230 North 1st Avenue |
| 3 | Suite 204 |
| 4 | Phoenix, Arizona 85003 |
| 5 | Attorney for United States Trustee |
| 6 | |
| 7 | P.O. Box 22030 |
| 8 | Tempe, Arizona 85285-2030 |
| 9 | |
| 10 | Web Service Company, Inc. |
| 11 | 3690 Redondo Beach Avenue |
| 12 | Redondo Beach, California 90278 |
| 13 | FURTHER AFFIANT SAYETH NAUGHT. |

David L. Knapper

SUBSCRIBED AND SWORN TO before me this 2nd day of November, 2009, by David L. Knapper.

Notary Public

My Commission Expires:

12/08/2012



HUBERT GOURGUE
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
December 8, 2012

3

LAW OFFICES OF DAVID L. KNAPPER
Case 2:09-bk-27291-CGC    Doc 18    Filed 11/02/09    Entered 11/02/09 21:39:26    Desc
Main Document    Page 3 of 11

# ATTACHMENT "1"

David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Telephone: (602) 252-0809
Facsimile No: (602) 256-0432
E-Mail: dlk@knapperlaw.com
Attorney for Movant/Secured Creditor **IMPERIAL CAPITAL BANK**

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX,<br><br><br><br>Debtors.<br><br>IMPERIAL CAPITAL BANK, a California commercial bank,<br><br>Movant,<br><br>v.<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX, aka Ana Maria Felix, Debtors, and FELIX FAMILY TRUST, U/A DATED SEPTEMBER 23, 2008, Interested Party,<br><br>Debtors/Respondents. | CHAPTER 11<br><br>CASE NO. 2:09-bk-27921-CGC<br><br>(Assigned to the Honorable Judge Charles G. Case II)<br><br><br><br><br><br>ORDER GRANTING MOVANT RELIEF FROM THE AUTOMATIC STAY |

This matter having come before this Court following a Motion for Relief from the Automatic Stay & Demand for Adequate Protection ("Motion"), having been filed by Movant/Secured Creditor IMPERIAL CAPITAL BANK, a California commercial bank

("MOVANT"), against Debtors AMPELIO BARRON FELIX, ANAMARIA FELIX, aka Ana Maria Felix and Interested Party FELIX FAMILY TRUST, U/A DATED SEPTEMBER 23, 2008, a Trust they control as its Co-Trustees (collectively "DEBTORS"), as regards the real property, together with the improvements thereon and fixtures attached thereto, plus all additional items pledged as collateral pursuant to that certain Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing dated August 7, 2007 and recorded on August 24, 2007 at Recorder's No. 2007-0955161, Maricopa County, Arizona ("Deed of Trust"), generally consisting of eight (8) single story buildings housing a total of thirty-two (32) residential apartment units commonly known as and/or generally located at 2608, 2612 and 2618 East Roosevelt Street and 2613 East Portland Street, Phoenix, Arizona 85008 85222, bearing the legal description as contained in Exhibit "A" attached to the Deed of Trust, plus as attached as Exhibit "A" hereto, and also identified as Maricopa County Assessor Tax Parcel Nos. 121-76-085C, 121-76-104A and 121-76-086C (collectively "Property"), owned by all or a portion of DEBTORS, and against which MOVANT holds the Deed of Trust, and all necessary parties having received proper notice of the Motion, but having failed to timely file a Response and/or Objection, or otherwise having failed to demonstrate good cause why the Motion should not be granted, and it appearing to the Court that good cause exists for granting the Motion, now therefore it is:

**ORDERED** granting the Motion with MOVANT, and if applicable, its successor(s), hereby adjudicated entitled to relief from the 11 U.S.C. § 362(a) automatic stay. It is further

**ORDERED** that MOVANT or its successor(s) may, notwithstanding Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, with such Rule hereby explicitly waived, immediately enforce the Deed of Trust by means of causing to be conducted a Trustee's Sale of the Property ("Sale"), and if the successful bidder(s) at the Sale, MOVANT or its successor(s) may also obtain exclusive ownership, possession and control of the Property. It is further

2

Case 2:09-bk-27291-CGC    Doc 18    Filed 11/02/09    Entered 11/02/09 21:39:26    Desc
LAW OFFICES OF DAVID L. KNAPPER                Main Document    Page 6 of 11

**ORDERED** that pending the completion of the Sale, MOVANT or its successor(s) may also, notwithstanding Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure, with such Rule hereby again explicitly waived, immediately further enforce the Deed of Trust by causing the Property to be placed under the control of a State Court appointed Receiver, including without limitation, by means of MOVANT or its successor(s) continuing to prosecute and obtaining the relief requested in and by Count Two (Application for Appointment of Receiver, With or Without Notice) of the Complaint that MOVANT filed initiating Cause or Case No. CV2009-054573, Maricopa County Superior Court, Arizona. It is further

**ORDERED** that this is an in rem Order. Accordingly, it is further

**ORDERED** that any bankruptcies filed either prior or subsequent to the entry of this Order by or against AMPELIO BARRON FELIX and/or ANAMARIA FELIX, aka Ana Maria Felix, whether jointly or separately, and/or the conversion of this case to another Chapter under the Bankruptcy Code, shall not prevent MOVANT or its successor(s) from causing a Receiver to be appointed in State Court to take over control of the Property, and further, causing to be completed a Sale, and if the successful bidder(s) at the Sale, thereafter obtaining exclusive ownership, possession and control of the Property. It is further

**ORDERED** enjoining DEBTORS from directly or indirectly attempting to lease, transfer, sell, encumber or utilize the Property, including any portion thereof, after the entry of this Order without this Court's explicit written approval. It is further

**ORDERED** enjoining DEBTORS from utilizing or otherwise disbursing any funds previously or subsequently derived from leasing-out and/or utilizing portions of the Property, said funds which are the cash collateral of MOVANT or its successor(s), without this Court's explicit written approval. It is further

**ORDERED** that at MOVANT's request, or that of its successor(s), any further bankruptcies filed by, or against, and whether jointly or separately, any party claiming an interest in the Property, including without limitation, DEBTORS, either prior or one hundred

3

fifty (150) days subsequent to the entry of this Order, shall be assigned to this Court. Lastly, it is

**ORDERED** that the terms of this Order shall remain in full force and effect even if an Appeal is taken of this Order, unless a separate Order explicitly staying such is obtained from this Court, the Bankruptcy Appellate Panel or the United States District Court.

DATED this ____ day of _____, 2009.

_____
JUDGE CHARLES G. CASE II

COPIES of the foregoing
mailed this 2nd day of November, 2009, to:

All necessary parties as evidenced
by the Certificate of Service filed
by MOVANT on even date herewith

/s/David L. Knapper
David L. Knapper

# EXHIBIT "A"

PARCEL NO. 1:
Lot 137, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the North 50.00 feet; and
EXCEPT the West 130 feet.

PARCEL NO. 2:
The West half of the following described property:
Lot 135, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the North 36.00 feet; and
EXCEPT the West 130 feet.

PARCEL NO. 3:
The West half of the following described property:
The North 50 feet of Lot 137, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the West 130 feet.

PARCEL NO. 4
The West half of the following described property:
Lot 133, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the West 130 feet.

PARCEL NO. 5:
The West half of the following described property:
The North 36 feet of Lot 135, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the West 130 feet.

PARCEL NO. 6:
The East half of the following described property:
The South 84.95 feet of Lot 135, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the West 130 feet.

PARCEL NO. 7:
The East half of the following described property:
The North 50 feet of Lot 137, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the West 130 feet.

PARCEL NO. 8:
The East half of the following described property:
Lot 133, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the West 130 feet; and
EXCEPT the East 6.00 feet of the North 60.00 feet; and
EXCEPT the East 26.00 feet of the North 18.00 feet.

PARCEL NO. 9:
The East half of the following described property:
Lot 135, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the West 130 feet; and
EXCEPT the South 84.95 feet.

PARCEL NO. 10:
Lot 139, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the West 175.00 feet; and
EXCEPT the East 50.00 feet.

PARCEL NO. 11:
Lot 139, DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona;
EXCEPT the West 100.00 feet; and
EXCEPT the East 125.00 feet.

PARCEL NO. 12:
The West 60.00 feet of Lot 132; and
The West 35.00 feet of the North 60.00 feet of Lot 134; and
The East 6.00 feet of the North 60.00 feet of Lot 133; and
The West 20 feet of the East 26.00 feet of the North 18.00 feet of Lot 133;
DEL REY, according to Book 14 of Maps, Page 5, records of Maricopa County, Arizona.