Bert L. Roos (#006960)
BERT L. ROOS, P. C.
5045 North 12th Street, Suite B
Phoenix, AZ 85014
(602) 242-7869
Fax: (602) 24205975
blrpc85015@msn.com
Attorney for Debtors

# IN THE UNITED STATES BANKRPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | Under Chapter 11 Proceedings |
| | ) | |
| AMPELIO BARRON FELIX, | ) | Bankruptcy Case No.: 2:09-bk-27291-CGC |
| | ) | |
| and | ) | NOTICE OF APPEARANCE |
| | ) | |
| ANAMARIA FELIX, | ) | |
| | ) | |
| Debtor(s). | ) | |

TO: CLERK OF THE U.S. BANKRUPTCY COURT, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST;

**PLEASE TAKE NOTICE** that Bert L. Roos hereby enters its appearance for debtors, Ampelio Barron Felix and Anamaria Felix, in accordance with Federal Rules of Bankruptcy Procedure 9010, and pursuant to 11 U.S.C. §102 (1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that all notices given or required to be given in this matter and all papers served or required to be served in this matter also be given to and served upon the following:

Bert L. Roos, Esq.
5045 N. 12th Street, Suite B
Phoenix, AZ 85019

Dated this 5th day of November 2009.

/s/ Bert L. Roos, Esq._____
Bert L. Roos, Esq.
Attorney for Debtors

| | |
|---|---|
| 1 | COPY of the foregoing mailed<br>this 5th day of November 2009 to: |
| 2 | |
| 3 | AMPELIO BARRON FELIX<br>13131 E. OCOTILLO RD. |
| 4 | CHANDLER, AZ 85249<br>Debtor |
| 5 | |
| 6 | ANAMARIA FELIX<br>13131 E. OCOTILLO RD.<br>CHANDLER, AZ 85249 |
| 7 | Joint Debtor |
| 8 | U.S. Trustee |
| 9 | Office of the U.S. Trustee<br>230 North First Avenue, Suite 204 |
| 10 | Phoenix, AZ 85003-1706 |
| 11 | DAVID L. KNAPPER<br>LAW OFFICES OF DAVID L. KNAPPER |
| 12 | 1599 E ORANGEWOOD AVE #125<br>PHOENIX, AZ 85020-5159 |
| 13 | Attorney for Imperial Capital Bank |
| 15 | /s/Jacob Rodriguez |