**BERT L. ROOS, #006960**
**Bert L. Roos, P.C.**
**5045 N. 12th Street, Suite B**
**Phoenix, Arizona 85014**
**Phone (602) 242-7869**
**Fax: (602) 242-5975**
**Email: blrpc85015@msn.com**
**Attorney for Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | In Proceedings Under Chapter 11 |
| AMPELIO BARRON FELIX, ) | Case No.: 2:09-bk-27291-CGC |
| and ) | |
| ANAMARIA FELIX, ) | |
| Debtor(s). ) | |

## CERTIFICATE OF MAILING

I, Bert L. Roos, attorney for the Debtors, declare under penalty of perjury that the facts stated herein are true and correct to the best of my information and belief.

On November 5, 2009, I caused to be mailed by U.S. Mail, Fist Class, postage prepaid copies of the Notice and Order Setting Chapter 11 Status Conference dated October 27, 2009 (dkt #5), to all creditors listed on the Master Mailing List.

DATED this 5<u>th</u> day of November 2009.

/s/Bert L. Roos, #006960
Bert L. Roos, Esq.
Attorney for Debtor

COPY of the foregoing mailed
this 5<u>th</u> day of November 2009 to:

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

| | |
|---|---|
| 1 | U.S. Trustee |
| 2 | Office of the U.S. Trustee |
|   | 230 North First Avenue, Suite 204 |
| 3 | Phoenix, AZ 85003-1706 |
| 4 | AMPELIO BARRON FELIX |
| 5 | 13131 E. OCOTILLO RD. |
|   | CHANDLER, AZ 85249 |
| 6 | Debtor |
| 7 | ANAMARIA FELIX |
| 8 | 13131 E. OCOTILLO RD. |
|   | CHANDLER, AZ 85249 |
| 9 | Joint Debtor |
| 10 | DAVID L. KNAPPER |
| 11 | LAW OFFICES OF DAVID L. KNAPPER |
|   | 1599 E ORANGEWOOD AVE #125 |
| 12 | PHOENIX, AZ 85020-5159 |
| 13 | Attorney for Imperial Capital Bank |
| 14 | Imperial Capital Bank |
|   | 500 N. Brand Blvd., Suite 1500 |
| 15 | Glendale, CA 91203 |
| 16 | JP Morgan Chase Bank |
| 17 | P.O. Box 650528 |
|   | Dallas, TX 75265-0528 |
| 18 | |
| 19 | Aurora Loan Services |
|   | P.O. Box 78111 |
| 20 | Phoenix, AZ 85062-8111 |
| 21 | First Credit Union |
| 22 | P.O. Box 22030 |
|   | Tempe, AZ 22030 |
| 23 | |
| 24 | Bank of America |
|   | P.O. Box 26078 |
| 25 | Greensboro, NC 27420 |
| 26 | Dial America |
| 27 | 960 MacArthur Blvd. |
|   | Mahwah, NJ 07495 |
| 28 | |

| | |
|---|---|
| 1 | Dillard's |
| 2 | P.O. Box 960012 |
|   | Orlando, FL 32896-0012 |
| 3 | |
| 4 | Nordstrom Bank |
|   | P.O. Box 79134 |
| 5 | Phoenix, AZ 85062-9134 |
| 6 | |
| 7 | By: /s/Jacob Rodriguez |