**SO ORDERED.**

Dated: November 05, 2009



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Telephone:      (602) 252-0809
Facsimile No:   (602) 256-0432
E-Mail:         dlk@knapperlaw.com
Attorney for Secured Creditor **IMPERIAL CAPITAL BANK**

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re | CHAPTER 11 |
| AMPELIO BARRON FELIX and ANAMARIA FELIX, | CASE NO. 2:09-bk-27291-CGC |
| DEBTORS. | **ORDER SCHEDULING CASH COLLATERAL HEARING ON AN EXPEDITED BASIS** |
| | (Assigned to the Honorable Judge Charles G. Case II) |

For good cause show, IT IS HEREBY:

**ORDERED** that a Hearing on an expedited basis will be held on the merits of that certain pleading captioned "Consolidated Notice of Non-Consent to Use of Cash Collateral, Demand for Accounting and Turn-over of Cash Collateral & Request for Court to Schedule an Expedited Hearing on Said Notice & Demand" filed on November 2, 2009 in the above-captioned Chapter 11 by Secured Creditor IMPERIAL CAPITAL BANK, a California commercial bank ("ICB"), before the Honorable Charles G. Case II on November 17th, 2009, at 2:30:p.m. in U.S Bankruptcy Court, District of Arizona, Phoenix Division, specifically, in Courtroom No. 601, 6th Floor, 230 North First Avenue, Phoenix, Arizona. Lastly, it is

**ORDERED** that ICB's counsel shall promptly serve true and correct copies of this Order, once issued by the Court, upon all necessary parties, and thereafter, shall file an appropriate Certificate of Service evidencing how and when service of this Order was effectuated upon all necessary parties.

DATED this ____ day of November, 2009.

JUDGE CHARLES G. CASE II

SUBMITTED this
2nd day of November, 2009, to:

The Honorable Judge Charles G. Case II
United States Bankruptcy Court
230 North First Avenue
Phoenix, Arizona 85025

/s/David L. Knapper_____
David L. Knapper