David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Telephone:          (602) 252-0809
Facsimile No:       (602) 256-0432
E-Mail:             dlk@knapperlaw.com
Attorney for Movant/Secured Creditor **IMPERIAL CAPITAL BANK**

# IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re | CHAPTER 11 |
| AMPELIO BARRON FELIX and ANAMARIA FELIX, | CASE NO. 2:09-bk-27291-CGC |
| | (Assigned to the Honorable Judge Charles G. Case II) |
| Debtors. | |
| IMPERIAL CAPITAL BANK, a California commercial bank, | |
| Movant, | |
| v. | **CERTIFICATE OF SERVICE** |
| AMPELIO BARRON FELIX and ANAMARIA FELIX, aka ANA MARIA FELIX, Debtors, and FELIX FAMILY TRUST, U/A DATED SEPTEMBER 23, 2008, Interested Party, | |
| Debtors/Respondents. | |

State of Arizona          )
                          ) ss.
County of Maricopa        )

1    David L. Knapper, being first duly sworn upon his oath, deposes and states:

2

3    I, David L. Knapper, hereby certify that on the 6th day of November, 2009, I caused to

4    be deposited with the United States Post Office by First Class Mail, postage prepaid, true and

5
6    correct copies of the pleading captioned "Order Scheduling Cash Collateral Hearing on an

7    Expedited Basis," entered in the above-captioned Chapter 11 on November 5, 2009, all mailed

8    to the following, which (except for my own client, Imperial Capital Bank, includes, among
9
10   others, all those parties listed in the ECF Creditor Mailing Matrix for the above-referenced

11   Chapter 11 that have sufficiently detailed and/or complete mailing addresses to receive

12   mailings, plus those parties listed in the pleading filed by the above-noted Debtor's attorney,
13
14   Bert L Roos, Esq. (whose retention has not yet been formally approved by the Court),

15   captioned "Certificate of Mailing" also filed on November 5, 2009 in this same Chapter 11, and

16   lastly, those parties reflected to be entitled to notice pursuant to A.R.S. § 33-801 *et. seq.* in the
17
18   Trustee's Sale Guarantee Report bearing an effective date of October 6, 2009, which Stewart

19   Title Insurance Company has provided Movant:

20
21
22           Ampelio Barron Felix
23           AnaMaria Felix, aka Ana Maria Felix
24           Felix Family Trust, U/A Dated September 23, 2008
             c/o Ampelio Barron Felix and AnaMaria Felix,
25           aka Ana Maria Felix,
26           Its Co-Trustees
27           13131 East Ocotillo Road
28           Chandler, Arizona 85249-2613
29           Debtors/Respondents
30
31           Bert L. Roos, Esq.
32           BERT L. ROOS, P.C.
             5045 North 12th Street, Suite B
33           Phoenix, Arizona 85014
34
35

2

Case 2:09-bk-27291-CGC    Doc 22    Filed 11/07/09    Entered 11/07/09 07:16:04    Desc
LAW OFFICES OF DAVID L KNAPPER
Main Document    Page 2 of 4

| | |
|---|---|
| 1 | OFFICE OF THE U.S. TRUSTEE |
| 2 | 230 North 1st Avenue |
| 3 | Suite 204 |
| | Phoenix, Arizona 85003 |
| 4 | Attorney for United States Trustee |
| 5 | |
| 6 | P.O. Box 22030 |
| 7 | Tempe, Arizona 85285-2030 |
| 8 | |
| 9 | Web Service Company, Inc. |
| 10 | 3690 Redondo Beach Avenue |
| 11 | Redondo Beach, California 90278 |
| 12 | |
| 13 | JP Morgan Chase Bank |
| | P.O. Box 650528 |
| 14 | Dallas, TX 75265-0528 |
| 15 | |
| 16 | Aurora Loan Services |
| 17 | P.O. Box 78111 |
| 18 | Phoenix, Arizona 85062-8111 |
| 19 | |
| 20 | First Credit Union |
| 21 | P.O. Box 22030 |
| 22 | Tempe, Arizona 85285-2030 |
| 23 | |
| 24 | Bank of America |
| 25 | P.O. Box 26078 |
| | Greensboro, NC 27420 |
| 26 | |
| 27 | Dial America |
| 28 | 960 MacArthur Blvd. |
| 29 | Mahwah, NJ 07495 |
| 30 | |
| 31 | Dillard's |
| 32 | P.O. Box 960012 |
| | Orlando, Florida 32896-0012 |
| 33 | |
| 34 | |
| 35 | |

3

Nordstrom Bank
P.O. Box 79134
Phoenix, Arizona 85062-9134

FURTHER AFFIANT SAYETH NAUGHT.

_____
David L. Knapper

SUBSCRIBED AND SWORN TO before me this 6th day of November, 2009, by David L. Knapper.

DONNA L BOCK
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 19, 2012

_____
Notary Public

My Commission Expires:

March 19, 2012

Case 2:09-bk-27291-CGC    Doc 22    Filed 11/07/09    Entered 11/07/09 07:16:04    Desc
Main Document    Page 4 of 4

LAW OFFICES OF DAVID L. KNAPPER