Bert L. Roos (#006960)
BERT L. ROOS, P. C.
5045 North 12th Street, Suite B
Phoenix, AZ 85014
(602) 242-7869
Fax: (602) 24205975
blrpc85015@msn.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | Under Chapter 11 Proceedings |
| ) | |
| AMPELIO BARRON FELIX, ) | Case No.: 2:09-bk-27291-CGC |
| ) | |
| and ) | MOTION TO EXTEND TIME TO FILE |
| ) | SCHEDULES AND STATEMENTS ON |
| ANAMARIA FELIX, ) | CHAPTER 11 BANKRUPTCY |
| ) | |
| Debtor(s). ) | |
| ) | |

    Debtors, Ampelio Barron Felix and Anamaria Felix, by and through Attorney Bert L. Roos request an extension of time to file the Schedules and required statements on the Chapter 11 Bankruptcy.

    Debtors just retained counsel and are still gathering all the information necessary for the schedules and statements.

    Debtors are requesting until Thursday, November 19, 2009 to submit all the required schedules and statements for the Chapter 11 Bankruptcy.

    WHEREFORE Debtors respectfully request that this Court grant an extension of time to file the schedules and statements until November 19, 2009.

    DATED this 12th day of November 2009.


                                                                                 /s/Bert L. Roos
                                                                                 Bert L. Roos
                                                                                  Attorney for Debtors

| | |
|---|---|
| 1 | COPY of the foregoing mailed this 12th day of November 2009, to: |
| 2 | |
| 3 | U.S. Trustee<br>OFFICE OF THE U.S. TRUSTEE |
| 4 | 230 N. First Avenue<br>Suite 204 |
| 5 | Phoenix, AZ 85013 |
| 6 | /s/Jacob Rodriguez |

Case 2:09-bk-27291-CGC    Doc 23    Filed 11/12/09    Entered 11/12/09 14:53:21    Desc
Main Document      Page 2 of 2