**Bert L. Roos (#006960)**
**BERT L. ROOS, P. C.**
**5045 North 12th Street, Suite B**
**Phoenix, AZ 85014**
**(602) 242-7869**
**Fax: (602) 24205975**
**blrpc85015@msn.com**
**Attorney for Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Under Chapter 11 Proceedings |
| AMPELIO BARRON FELIX, | ) Case No.: 2:09-bk-27291-CGC |
| and | ) |
| ANAMARIA FELIX, | ) |
| Debtor(s). | ) |

### NOTICE OF LODGING ORDER

NOTICE IS GIVEN that pursuant to Rule 9022-1, Local Rules of Bankruptcy Procedure for the District of Arizona, the attached proposed Order was lodged with the United States Bankruptcy Court this 12th day of November, 2009.

DATED this 12th day of November 2009.

/s/Bert L. Roos, SBN006960
Bert L. Roos
Attorney for Debtors

Copy of the foregoing mailed
this 12th day of November 2009 to:

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85013

/s/Jacob Rodriguez

**Bert L. Roos (#006960)**
**BERT L. ROOS, P. C.**
**5045 North 12th Street, Suite B**
**Phoenix, AZ 85014**
**(602) 242-7869**
**Fax: (602) 24205975**
**blrpc85015@msn.com**
**Attorney for Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Under Chapter 11 Proceedings |
| AMPELIO BARRON FELIX, | Case No.: 2:09-bk-27291-CGC |
| and | ORDER TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS ON CHAPTER 11 BANKRUPTCY |
| ANAMARIA FELIX, | |
| Debtor(s). | |

Pursuant to Debtors' Motion to Extend Time to File the Schedules and Statement on the Chapter 11 Bankruptcy and good cause appearing;

IT IS ORDERED granting Debtors' Motion to Extend time to file Schedules and Statements on the Chapter 11 Bankruptcy until November 19, 2009.

DATED _____

_____
JUDGE OF UNITED STATES BANKRUPTCY COURT