
1 Bert L. Roos (#006960)
BERT L. ROOS, P. C.
5045 North 12th Street, Suite B
Phoenix, AZ 85014
(602) 242-7869
Fax: (602) 24205975
blrpc85015@msn.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | ) Under Chapter 11 Proceedings |
|---|---|
| AMPELIO BARRON FELIX, | ) Case No.: 2:09-bk-27291-CGC |
| and | ) **ORDER TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS ON CHAPTER 11 BANKRUPTCY** |
| ANAMARIA FELIX, | |
| Debtor(s). | ) |

Pursuant to Debtors' Motion to Extend Time to File the Schedules and Statement on the Chapter 11 Bankruptcy and good cause appearing;

IT IS ORDERED granting Debtors' Motion to Extend time to file Schedules and Statements on the Chapter 11 Bankruptcy until November 19, 2009.

DATED _____

_____
JUDGE OF UNITED STATES BANKRUPTCY COURT