# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | AMPELIO BARRON & ANAMARIA FELIX |
| **Case Number:** | 2:09-bk-27291-CGC   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 17, 2009 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

Notice of Nonconsent to Use of Cash Collateral /Consolidated Notice of Non-Consent to use of Cash Collateral, Demand for Accounting and Turn-Over of Cash Collateral & Request for Court to Schedule an Expedited Hearing on Said Notice and Demand filed by DAVID L. KNAPPER of LAW OFFICES OF DAVID L. KNAPPER on behalf of IMPERIAL CAPITAL BANK

**R / M #:**   15 / 0

## Appearances:

BERT ROOS, ATTORNEY FOR DEBTOR
DAVID L. KNAPPER, ATTORNEY FOR IMPERIAL CAPITAL BANK

## Proceedings:

Mr. Knapper requests the hearing be continued to December 1, 2009 at 11:00 a.m.

COURT:  IT IS ORDERED CONTINUING THE HEARING TO DECEMBER 1, 2009 AT 11:00 A.M.