Bert L. Roos (#006960)
BERT L. ROOS, P.C.
5045 North 12th Street, Suite B
Phoenix, Arizona 85014
(602) 242-7869
Fax (602) 242-5975
blrpc85015@msn.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX,<br><br>Debtors.<br>_____<br>IMPERIAL CAPITAL BANK, a California commercial bank,<br><br>Movant,<br>vs.<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX, aka Ana Maria Felix, Debtors, and FELIX FAMILY TRUST, U/A DATED SEPTEMBER 23, 2008, Interested Party,<br><br>Respondents. | Under Chapter 11 Bankruptcy<br><br>Case No.: **2:09-bk-27291-CGC**<br><br>**RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>2608, 2612 and 2618 East Roosevelt<br>and 2613 East Portland Street<br>Phoenix, AZ 85008 |

Ampelio Barron Felix and Anamaria Felix, ("Debtors") hereby respond to the Movant's Motion for Relief from Automatic Stay filed by the Movant, based on the following:

Debtors, Ampelio Barron Felix and Anamaria, are currently behind on their mortgage payments to Movant due to change of financial circumstances; however they are in the process of negotiating the debt owed.

Debtors will include any and all arrears owed to the Movant in their Chapter 11 plan, which is currently being prepared.

Counsel for the Debtor will be involved in helping Debtor with this Modification.

1    Debtors would like to wait for the outcome of the Negotiation regarding the principal amount

2  owed before coming before the Court to hear the issues that have been brought upon by Movant in the

3  Motion to Lift the Automatic Bankruptcy Stay.

4    THEREFORE the Debtors respectfully request the Court to set aside the Motion for Relief from

5  the Automatic Stay filed by the Movant.

6    DATED this 18th day of November 2009.

/s/Bert L. Roos, SBN006960
Bert L. Roos
Attorney for Debtors

Copy of the foregoing mailed
this 18th day of November 2009 to:

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85013

David L. Knapper, Esq.
LAW OFFICE OF DAVID L. KNAPPER
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Attorney for Movant

/s/Jacob Rodriguez