# United States Bankruptcy Court

### District of Arizona
### Phoenix Division

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**

Case No.    **2:09-BK-27291-CGC**
(If Known)

Debtors

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts of all claims from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $1,299,991.00 | | |
| B - Personal Property | Yes | 5 | $69,182.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $2,046,365.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims of Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 1 | | $0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $15,582.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $24,379.96 |
| TOTAL | | 18 | $1,369,173.00 | $2,046,365.27 | |

# United States Bankruptcy Court
### District of Arizona
### Phoenix Division

**In re: AMPELIO BARRON FELIX and ANAMARIA FELIX**

Case No.    **2:09-BK-27291-CGC**

Chapter    **11**

**Last four digits of Social Security No.:3299**

Debtors            **0105**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES
# AND RELATED DATA  (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ **Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.**

## This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Govenmental Units (from Schedule E)  (whether disputed or undisputed) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $15,582.00 |
| Average Expenses (from Schedule J, Line 18) | $24,379.96 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $0.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $741,209.27 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $0.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $741,209.27 |

**In re:  AMPELIO BARRON FELIX and ANAMARIA FELIX**

Case No.    2:09-BK-27291-CGC

Chapter    11

**Last four digits of Social Security No.:    3299**
**0105**

Debtors

# SCHEDULE  A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| DUPLEX FAMILY HOME<br>898 W. CALLE DEL NORTE, CHANDLER, AZ 85225 | | J | $80,000.00 | $86,000.00<br>FINANCE COMPANY |
| MULTI FAMILY APARTMENT COMPLEX<br>32 UNIT APARTMENT COMPLEX<br>2608, 2612, 2618 E. ROOSEVELT, PHOENIX, AZ 85008 AND 2623 E. PORTLAND, PHOENIX, AZ 85008 | | J | $532,500.00 | $1,075,751.60<br>FINANCE COMPANY |
| MULTI FAMILY APARTMENT COMPLEX<br>525 N. 32ND STREET, PHOENIX, AZ 85008<br>12 UNIT APARTMENT COMPLEX | | J | $207,500.00 | $359,612.67<br>FINANCE COMPANY |
| MULTI FAMILY APARTMENT COMPLEX<br>2734 E. PORTLAND STREET, PHOENIX, AZ 85008<br>3  UNIT APARTMENT COMPLEX | | J | $81,000.00 | $99,400.00<br>FINANCE COMPANY |
| MULTIFAMILY APARTMENT COMPLEX<br>2736 E PORTLAND STREET, PHOENIX, AZ 85008<br>4 UNITS APARTMENT COMPLEX | | J | $108,000.00 | $128,000.00<br>FINANCE COMPANY |
| SINGLE FAMILY HOME<br>13131 E. OCOTILLO RD., CHANDLER, AZ 85249 | | J | $290,991.00 | $128,000.00<br>MORTGAGE COMPANY |
| above item continued | | | | $155,631.00<br>CREDIT LINE |
| | | Total: | $1,299,991.00 | |

___0___  continuation sheet(s) attached

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**      Case No.      **2:09-BK-27291-CGC**

Chapter      **11**

**Last four digits of Social Security No.:   3299**

Debtors                                      0105

# SCHEDULE  B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or  address of a minor child.  Simply state "a minor child".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT  VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   **Cash on hand.** | X | | | |
| 2.   **Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.** | | BANK OF AMERICA BUSINESS BANK ACCOUNT | J | $3,400.00 |
| | | BANK OF AMERICA PERSONAL CHECKING ACCOUNT | J | $2,400.00 |
| | | FIRST CREDIT UNION SAVINGS ACCOUNT | J | $900.00 |
| | | WAMU BANK CHECKING ACCOUNT | J | $400.00 |
| | | WAMU BANK SAVINGS ACCOUNT | J | $1,600.00 |
| 3.   **Security deposits with public utilities, telephone companies, landlords, and others.** | X | | | |
| 4.   **Household goods and furnishings, including audio, video, and computer equipment.** | | HOUSEHOLD GOODS LIVING ROOM FURNITURE, SOFA, T.V., BEDROOM SET, BED, NIGHT STANDS, DINING TABLE WITH 4 CHAIRS, DINING TABLE WITH 6 CHAIRS, STOVE, REFRIGERATOR, COMPUTER, DESK, PRINTER, FAX MACHINE. | J | $4,000.00 |

_4_   continuation sheet(s) attached

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**          Case No.     **2:09-BK-27291-CGC**

Chapter     **11**

**Last four digits of Social Security No.:   3299**
Debtors                                                          **0105**

# SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | PERSONAL CLOTHING | J | $500.00 |
| 7. Furs and jewelry. | | WEDDING RINGS, RING | J | $2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | AMERICAN GENERAL TERM LIFE INSURANCE NO CASH VALUE UNTIL DEATH | W | $0.00 |
| | | AMERICAN GENERAL TERM LIFE INSURANCE NO CASH VALUE, UNTIL DEATH | H | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |

Sheet no. ___1___ of ___4___ continuation
sheets attached to Schedule of Personal Property

# SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sheet no. __2__ of __4__ continuation
sheets attached to Schedule of Personal Property

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**  Case No.   **2:09-BK-27291-CGC**

Chapter   **11**

**Last four digits of Social Security No.:   3299**

Debtors  0105

# SCHEDULE  B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT  VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles. | | 2006 CHEVROLET SILVERADO TRUCK WORK TRUCK, V6 ENGINE, EXTENDED CAB, 61,000 MILES | J | $4,525.00 |
| | | 2006 FORD F-250 TRUCK KING RANCH, SHORTBED, CREW CAB, 60,000 MILES. | J | $16,675.00 |
| | | 2007 JEEP COMMANDER 2WD 45,000 MILES, ALL STOCK, SUN ROOF. | J | $12,525.00 |
| | | 2008 FOREST RIVER ROCKWOOD FIFTH WHEEL TRAILER | J | $19,457.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |

Sheet no. ___3___ of ___4___ continuation
sheets attached to Schedule of Personal Property

**Last four digits of Social Security No.:**   **3299**
       **0105**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment and supplies used in business. | | MACHINERY, FIXTURES, EQUIPTMENT | J | $800.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total   ⇨ | $69,182.00 |

Sheet no. ____4____ of ____4____ continuation
sheets attached to Schedule of Personal Property

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**            Case No.    **2:09-BK-27291-CGC**

                                                             Chapter    **11**

**Last four digits of Social Security No.:  3299**

Debtors                                                **0105**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under        ☐  Check if debtor claims a homestead exemption that exceeds $125,000.

☐  **11 U.S.C. 522(b)(2)**

☒  **11 U.S.C. 522(b)(3)**

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| HOUSEHOLD GOODS | ARS § 33-1123 | $4,000.00 | $4,000.00 |
| | | Claimed By:     Both | |
| PERSONAL CLOTHING | ARS § 33-1125(1) | $500.00 | $500.00 |
| | | Claimed By:     Both | |
| WEDDING RINGS, RING | ARS § 33-1125(4) | $2,000.00 | $2,000.00 |
| | | Claimed By:     Both | |
| AMERICAN GENERAL TERM LIFE INSURANCE | ARS § 33-1126(A)(6) | $0.00 | $0.00 |
| | | Claimed By:     Debtor | |
| MACHINERY, FIXTURES, EQUIPTMENT | ARS § 33-1130(1) | $800.00 | $800.00 |
| | | Claimed By:     Debtor | |

_0_   continuation sheet(s) attached

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**          Case No.    **2:09-BK-27291-CGC**

                                                             Chapter    **11**

**Last four digits of Social Security No.:   3299**
Debtors                                      **0105**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## SPOUSE

Debtor claims the exemptions to which debtor is entitled under          ☐  Check if debtor claims a homestead exemption that exceeds $125,000

☐  11 U.S.C. 522(b)(2)

☒  11 U.S.C. 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| AMERICAN GENERAL TERM LIFE INSURANCE | ARS § 33-1126(A)(6) | $0.00 | $0.00 |
| | | **Claimed By:** Spouse | |

_0_    continuation sheet(s) attached

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**

Case No.    **2:09-BK-27291-CGC**

**Last four digits of Social Security No.:**    **3299**

Debtors    **0105**

Chapter    **11**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No: 0400667994<br><br>AURORA LOAN SERVICING<br>PO OX 78111<br>PHOENIX, AZ 85062 | | J | Date Incurred:<br>Nature of Lien: FINANCE COMPANY<br>Property:<br>MULTIFAMILY APARTMENT COMPLEX 2736 E PORTLAND STREET, PHOENIX, AZ 85008<br><br>**VALUE:** $108,000.00 | | | | $128,000.00 | $20,000.00 |
| Account No: 0400668042<br><br>AURORA LOAN SERVICING<br>PO BOX 78111<br>PHOENIX, AZ 85062 | | J | Date Incurred:<br>Nature of Lien: FINANCE COMPANY<br>Property:<br>MULTI FAMILY APARTMENT COMPLEX 2734 E. PORTLAND STREET, PHOENIX, AZ 85008<br><br>**VALUE:** $81,000.00 | | | | $99,400.00<br><br>Estimated | $18,400.00 |
| Account No: 7064653046<br><br>BANK OF AMERICA<br>PO BOX 26078<br>GREENSBORO, NC 27420 | | J | Date Incurred:<br>Nature of Lien: FINANCE COMPANY<br>Property:<br>DUPLEX FAMILY HOME 898 W. CALLE DEL NORTE, CHANDLER, AZ 85225<br><br>**VALUE:** $80,000.00 | | | | $86,000.00 | $6,000.00 |
| Account No: 7063809805<br><br>BANK OF AMERICA<br>PO BOX 26078<br>GREENSBORO, NC 27420 | | J | Date Incurred:<br>Nature of Lien: MORTGAGE COMPANY<br>Property:<br>SINGLE FAMILY HOME 13131 E. OCOTILLO RD., CHANDLER, AZ 85249<br><br>**VALUE:** $290,991.00 | | | | $128,000.00<br><br>Estimated | $0.00 |
| Account No: 68171010800499<br><br>BANK OF AMERICA<br>PO BOX 26078<br>GREENSBORO, NC 27420 | | J | Date Incurred:<br>Nature of Lien: CREDIT LINE<br>Property:<br>SINGLE FAMILY HOME 13131 E. OCOTILLO RD., CHANDLER, AZ 85249<br><br>**VALUE:** $290,991.00 | | | | $155,631.00<br><br>Estimated | $0.00 |
| Account No: 1545774-5<br><br>FIRST CREDIT UNION<br>PO BOX 22030<br>TEMPE, AZ 85285 | | J | Date Incurred:<br>Nature of Lien: AUTO LOAN<br>Property:<br>2007 JEEP COMMANDER 2WD<br><br>**VALUE:** $12,525.00 | | | | $13,970.00 | $1,445.00 |

|  |  |  |
|---|---|---|
| (Total of this page) Subtotal ⇒ | $611,001.00 | $45,845.00 |
| (Use only on last page) Total ⇒ | N/A | N/A |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

__1__    continuation sheet(s) attached

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**

Case No.   2:09-BK-27291-CGC

Chapter   11

Last four digits of Social Security No.:   3299
                                           0105
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No: 00007060069<br><br>IMPERIAL CAPITAL BANK<br>500 N. BRAND BLVD., SUITE 1500<br>GLENDALE, CA 91203 | | J | Date Incurred:<br>Nature of Lien: FINANCE COMPANY<br>Property:<br>MULTI FAMILY APARTMENT COMPLEX 32 UNIT APARTMENT COMPLEX<br><br>VALUE: $532,500.00 | | | | $1,075,751.60<br><br>Estimated | $543,251.60 |
| Account No: 793927096<br><br>JP MORGAN CHASE BANK<br>PO BOX 650528<br>DALLAS, TX 75265-0528 | | J | Date Incurred:<br>Nature of Lien: FINANCE COMPANY<br>Property:<br>MULTI FAMILY APARTMENT COMPLEX 525 N. 32ND STREET, PHOENIX, AZ 85008<br><br>VALUE: $207,500.00 | | | | $359,612.67<br><br>Estimated | $152,112.67 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

|  |  |  |
|---|---|---|
| (Total of this page) Subtotal ⇒ | $1,435,364.27 | $695,364.27 |
| (Use only on last page) Total ⇒ | $2,046,365.27 | $741,209.27 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**　　　Case No.　　**2:09-BK-27291-CGC**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　　**11**

**Last four digits of Social Security No.:　3299**

Debtors　　　　　　　　　　　　**0105**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

Report the total amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITIES (Check the appropiate box(s) below if claims in that category are listed on the attached sheets)**

☐ **Domestic Support Obligations**

　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of a debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

　Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

　Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

　Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor was intoxicated**

　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

　0　　continuation sheet(s) attached

**In re:** **AMPELIO BARRON FELIX and ANAMARIA FELIX**

**Case No.** **2:09-BK-27291-CGC**

**Chapter** **11**

**Last four digits of Social Security No.:** **3299**

Debtors **0105**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)  Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  **Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| (Total of this page) | Subtotal ⇨ | $0.00 |
| | Total ⇨ | $0.00 |

0    continuation sheet(s) attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**    **Case No.**    **2:09-BK-27291-CGC**

**Chapter**    **11**

**Last four digits of Social Security No.:**    **3299**

Debtors    **0105**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☒    **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

_0_    continuation sheet(s) attached

**In re: AMPELIO BARRON FELIX and ANAMARIA FELIX**          Case No.   **2:09-BK-27291-CGC**

                                                           Chapter    **11**

**Last four digits of Social Security No.:  3299**
                                            **0105**
Debtors

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight  years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

[X]  **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR. | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

0  continuation sheet(s) attached

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**     Case No.     **2:09-BK-27291-CGC**

Chapter     **11**

**Last four digits of Social Security No.:     3299**
                                               **0105**
Debtors

# SCHEDULE  I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |
| Married | MOTHER | 77 |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| | **None** | **None** |

| Income:  (Estimate of average or peojected monthly income at time case filed | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (prorate if not paid monthly.) | $0.00 | $0.00 |
| 2.  Estimated monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | $0.00 | $0.00 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $0.00 | $0.00 |
|     b. Insurance | $0.00 | $0.00 |
|     c. Union dues | $0.00 | $0.00 |
|     d. Other (Specify) : | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $7,791.00 | $7,791.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify) | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify) | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $7,791.00 | $7,791.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $7,791.00 | $7,791.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15; if Debtor is not married, repeat total reported on line 15) | $15,582.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
None

() continuation sheet(s) attached

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**

Case No.  **2:09-BK-27291-CGC**

Chapter  **11**

Last four digits of Social Security No.:  **3299**
**0105**

Debtors

# SCHEDULE  J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $1,923.28 |
|    a. Are real estate taxes included? | Yes  X  No ____ | |
|    b. Is property insurance included? | Yes  X  No ____ | |
| 2. Utilities:  a. Electricity and heating fue | | $200.00 |
|           b. Water and sewer | | $40.00 |
|           c. Telephone | | $40.00 |
|           d. Other :  CABLE/INTERNET | | $150.00 |
| 3. Home maintenance (repairs and upkeep) | | $25.00 |
| 4. Food | | $850.00 |
| 5. Clothing | | $100.00 |
| 6. Laundry and dry cleaning | | $150.00 |
| 7. Medical and dental expenses | | $75.00 |
| 8. Transportation (not including car payments) | | $300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $200.00 |
| 10. Charitable contributions | | $25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | | $90.00 |
|      b. Life | | $78.00 |
|      c. Health | | $627.00 |
|      d. Auto | | $130.00 |
|      e. Other | | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     Specify : | | $0.00 |
| 13. Installment payments: (In Chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | | $340.00 |
|      b. Other | | $0.00 |
| 14. Alimony, maintenance, and support paid to others | | $0.00 |
| 15. Payments for support of additional dependents not living at your home | | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $18,346.83 |
| 17. Other :  MORTGAGE PAYMENT FOR DUPLEX | | $689.85 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $24,379.96 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

   **None**

| | |
|---|---:|
| 20. **STATEMENT OF MONTHLY NET INCOME** | |
|    a. Average monthly income from Line 15 of Schedule | $15,582.00 |
|    b. Average monthly expenses from Line 18 abov | $24,379.96 |
|    c. Monthly net income (a. minus b.) | ($8,797.96) |

# ATTACHMENT TO SCHEDULE  J
# BUSINESS INCOME AND EXPENDITURES

**Source:**        GARDEN APARTMENTS

**Ownership:**    Debtor 50.00% Spouse 50.00%


## CURRENT MONTHLY BUSINESS INCOME

**Total:**                                                                                    | $9,058.00 |

## CURRENT MONTHLY BUSINESS EXPENSES

| 1. | MORTGAGE PAYMENT | $7,898.00 |
| 2. | REPAIRS, MAINTENANCE, UPKEEPS AND REGULAR EXPENSES | $4,328.00 |

**Total Current Monthly Expenses**                                           | $12,226.00 |
**Excess of Income Over Expenses**                                           | ($3,168.00) |

2    continuation sheet(s) attached

**Last four digits of Social Security No.:     3299**

Debtors                                                **0105**

# ATTACHMENT TO SCHEDULE  J
# BUSINESS INCOME AND EXPENDITURES
### (Continuation Sheet)

**Source:**     PORTLAND APARTMENTS

**Ownership:**     Debtor 50.00% Spouse 50.00%

## CURRENT MONTHLY BUSINESS INCOME

| | |
|---|---|
| **Total:** | $2,000.00 |

## CURRENT MONTHLY BUSINESS EXPENSES

| | | |
|---|---|---|
| 1. | MORTGAGE PAYMENT | $1,595.00 |
| 2. | REPAIRS, MAINTENANCE, UPKEEPS AND REGULAR EXPENSES | $1,351.83 |
| **Total Current Monthly Expenses** | | $2,946.83 |
| **Excess of Income Over Expenses** | | ($946.83) |

1   continuation sheet(s) attached

**Last four digits of Social Security No.:**    **3299**

Debtors    **0105**

# ATTACHMENT TO SCHEDULE  J
# BUSINESS INCOME AND EXPENDITURES
(Continuation Sheet)

**Source:**    CYPRESS APARTMENTS

**Ownership:**    Debtor 50.00% Spouse 50.00%

## CURRENT MONTHLY BUSINESS INCOME

| | |
|---|---|
| **Total:** | $4,524.00 |

## CURRENT MONTHLY BUSINESS EXPENSES

| | | |
|---|---|---|
| 1. | MORTGAGE PAYMENT | $2,264.00 |
| 2. | REPAIRS, MAINTENANCE, UPKEEPS AND REGULAR EXPENSES | $910.00 |
| **Total Current Monthly Expenses** | | $3,174.00 |
| **Excess of Income Over Expenses** | | $1,350.00 |

0    continuation sheet(s) attached

# UNITED STATES BANKRUPTCY COURT
### District of Arizona
### Phoenix Division

In re:
AMPELIO BARRON FELIX
ANAMARIA FELIX
Debtors

Chapter 11
Case Number: 2:09-BK-27291-CGC

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL/JOINT DEBTOR

We declare under penalty of perjury that we have read the foregoing summary and schedules, consisting of 20 sheets *(total shown on summary page plus 2)*, and that they are true and correct to the best of our knowledge, information and belief.

Date: _11-20-09_  Signature: _____
AMPELIO BARRON FELIX

Date: _11/20/09_  Signature: _____
ANAMARIA FELIX

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Print or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number
(Required by 11 USC § 110)

_____

_____
Address                Tel . No.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, _____, _____ of the _____, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 20 sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
                           Name: _____
                           Title: _____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
### District of Arizona
### Phoenix Division

In re: **AMPELIO BARRON FELIX and ANAMARIA FELIX**          Case No. 2:09-BK-27291-CGC

## Statement Of Financial Affairs

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address or a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child.". See 11 U.S.C. § 112; Fed R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"IN BUSINESS." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"INSIDER." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

| None | **1. Income from employment or operation of business** |
|---|---|
| [ ] | State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| Amount | Source (if more than one) | Year | Fiscal Year |
|---|---|---|---|
| $37,021.00 | RENTAL INCOME | 2008 | 2008 |
| $48,363.00 | RENTAL INCOME | 2007 | 2007 |

---

Form 7. Statement of Financial Affairs

**None**
**[X]**

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source (if more than one) | Year |
|--------|---------------------------|------|
|        |                           |      |

**3. Payments to creditors**

*Complete A. or B., as appropriate, and C.*

**None**
**[ ]**

A. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|------------------------------|-------------------|-------------|--------------------|
| FIRST CREDIT UNION<br>PO BOX 22030<br>TEMPE, AZ 85285 | 10/21/09<br>09/21/09 | $341.00<br>$341.00 | $13,970.00 |
| JP MORGAN CHASE BANK<br>PO BOX 650528<br>DALLAS, TX 75265-0528 | 10/1/2009 | $2,264.00 | $359,612.67 |
| AURORA LOAN SERVICING<br>PO BOX 78111<br>PHOENIX, AZ 85062 | 10/01/09<br>09/01/09 | $576.18<br>$576.18 | $99,400.00 |
| AURORA LOAN SERVICING<br>PO OX 78111<br>PHOENIX, AZ 85062 | 10/01/09 | $697.94 | $128,000.00 |

**None**
**[X]**

B. *Debtors whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments / Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|------------------------------|-------------------------------|-----------------------------------|--------------------|
|                              |                               |                                   |                    |

None
[X]

C. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|

None
[ ]

**4. Suits and administrative proceedings, executions, garnishments and attachments**

A. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| IMPERIAL CAPITAL BANK, a California commercial bank, vs. AMPELIO BARRON FELIX, et al. CV2009-054573 | CIVIL | SUPERIOR COURT OF ARIZONA 201 W. JEFFERSON STREET PHOENIX, AZ 85003 | PENDING SUIT |

None
[X]

B. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

None
[X]

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|

**None**
**[X]**

**6. Assignments and receiverships**

A. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
| --- | --- | --- |

**None**
**[X]**

B. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court, Case Title & Number | Date of Order | Description and Value of Property |
| --- | --- | --- | --- |

**None**
**[X]**

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
| --- | --- | --- | --- |

**None**
**[X]**

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, If Loss was Covered in Whole or in Part By Insurance, Give Particulars | Date Of Loss |
| --- | --- | --- |

**None**

**[ ]**

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| AMY HOWLAND | | $150.00 |
| MARK A. WINSOR | | $150.00 |

**None**

**[X]**

**10. Other transfers**

A. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|

**None**

**[X]**

B. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date(s) of Transfer(s) | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
|---|---|---|

**None**

**[X]**

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

**None**
**[X]**

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

**None**
**[X]**

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

**None**
**[X]**

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

**None**
**[X]**

**15. Prior address of debtor**

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---|---|---|

**None**
**[X]**

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**Name**

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil,

surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

**None**
**[X]**

A. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

---

**None**
**[X]**

B. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

---

**None**
**[X]**

C. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

---

**None**
[ ]

**18. Nature, location and name of business**

A. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full-time or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| Name | Last Four Digits of Soc. Sec. No./ Complete EIN or Other Taxpayer I.D. No. | Address | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|
| CYPRESS AND GARDEN, LLC | 3299 | | RENTAL PROPERTIES | |

**None**
[X]

B. Identify any business listed in response to subdivision A., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**None**
[ ]

**19. Books, records and financial statements**

A. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered |
|---|---|
| MICHAEL J. SNEED, CPA 3740 E. SOUTHERN AVENUE, #212 TEMPE, AZ | 2008 TO PRESENT |

Form 7. Statement of Financial Affairs

RENEE KEENAN                          2001 TO 2007
1415 E. GUADALUPE RD., #108 B
TEMPE, AZ

None
[X]
    B. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| **Name** | **Address** | **Dates Services Rendered** |
|---|---|---|

None
[X]
    C. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| **Name** | **Address** |
|---|---|

None
[X]
    D. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within **two years** immediately preceding the commencement of this case by the debtor.

| **Name and Address** | **Date Issued** |
|---|---|

None
[X]
**20. Inventories**
A. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| **Date of Inventory** | **Inventory Supervisor** | **Dollar Amount of Inventory** (Specify cost, market or other basis) |
|---|---|---|

None
[X]
    B. List the name and address of the person having possession of the records of each of the two inventories reported in A, above.

| **Date of Inventory** | **Name and Address of Custodian of Inventory Records** |
|---|---|

None
[X]
**21. Current Partners, Officers, Directors, Shareholders**
A. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| **Name and Address** | **Nature of Interest** | **Percentage of Interest** |
|---|---|---|

Form 7. Statement of Financial Affairs

| None | B. If the debtor is a corporation, list all officers and directors of the corporation, and each |
|---|---|
| [X] | stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|

| None |
|---|
| [X] |

## 22. Former Partners, Officers, Directors, and Shareholders

A. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| Name | Address | Date of Withdrawal |
|---|---|---|

| None | B. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation |
|---|---|
| [X] | terminated within **one year** immediately preceding the commencement of this case. |

| Name and Address | Title | Date of Termination |
|---|---|---|

| None |
|---|
| [X] |

## 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| Name and Address of Recipient, Relationship to Debtor | Date and Purpose of Withdrawal | Amount of Money or Description and Value of Property |
|---|---|---|

| None |
|---|
| [X] |

## 24. Tax Consolidation Group

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six-years** immediately preceding the commencement of the case.

| Name of Parent Corporation | Taxpayer Identification Number |
|---|---|

| None |
|---|
| [X] |

## 25. Pension Funds

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six-years** immediately preceding the commencement of the case.

| Name of Pension Fund | Taxpayer Identification Number |
|---|---|

* * * * * *

Form 7. Statement of Financial Affairs

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date  _11.20.09_

Signature of Debtor
AMPELIO BARRON FELIX

Date  _11/20/09_

Signature of Joint Debtor, (if any)
ANAMARIA FELIX

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  _____    Signature  _____

Print Name and Title  _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Form 7. Statement of Financial Affairs

# United States Bankruptcy Court

### District of Arizona
### Phoenix Division

In re:  **AMPELIO BARRON FELIX and ANAMARIA FELIX**

**Last four digits of Social Security No.: 3299**
Debtors                                            **0105**

Case No.    **2:09-BK-27291-CGC**

Chapter    **11**

# INDIVIDUAL DEBTOR'S STATEMENT OF INTENTIONS

☒  We have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  We have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  We intend to do the following with respect to the property of the estate which secures those consumer debts:

| Property Securing Debt | | | | | | |
|---|---|---|---|---|---|---|
| Description of Property | Creditor's Name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. §722 | Debt will be reaffirmed pursuant to 11 U.S.C. §524(c) | |
| DUPLEX FAMILY HOME<br>898 W. CALLE DEL NORTE, CHANDLER, AZ | BANK OF AMERICA | | | | X | |
| MULTI FAMILY APARTMENT COMPLEX<br>2734 E. PORTLAND STREET, PHOENIX, AZ 8 | AURORA LOAN SERVICING | | | | X | |
| MULTI FAMILY APARTMENT COMPLEX<br>525 N. 32ND STREET, PHOENIX, AZ 85008 | JP MORGAN CHASE BANK | | | | X | |
| MULTIFAMILY APARTMENT COMPLEX<br>2736 E PORTLAND STREET, PHOENIX, AZ 85 | AURORA LOAN SERVICING | | | | X | |
| SINGLE FAMILY HOME<br>13131 E. OCOTILLO RD., CHANDLER, AZ 852 | BANK OF AMERICA | | | | X | |
| SINGLE FAMILY HOME<br>13131 E. OCOTILLO RD., CHANDLER, AZ 852 | BANK OF AMERICA | | | | X | |

Date:  November 20, 2009

Signed:  /s/AMPELIO BARRON FELIX

AMPELIO BARRON FELIX

/s/ANAMARIA FELIX

ANAMARIA FELIX

() continuation sheet(s) attached

Bert L. Roos
Gertell & Roos PLLC
5045 North 12th Street
Suite B
Phoenix, AZ 85014
Tel: (602) 242-7887
Fax: (602) 274-2481
**Attorney for Petitioners**

# UNITED STATES BANKRUPTCY COURT
**District of Arizona**
**Phoenix Division**

In re:                                                                                    Chapter 11
AMPELIO BARRON FELIX                                    Case Number: 2:09-BK-27291-CGC
ANAMARIA FELIX
Debtors

## VERIFICATION OF CREDITOR MAILING MATRIX

The above named debtors or debtors' attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 2 pages including this declaration, is complete, correct and consistent with the debtors' schedules pursuant to the local bankruptcy rules and we assume all responsibility for errors and omissions.

Dated: Tuesday, November 17, 2009

_____
AMPELIO BARRON FELIX
Debtor

_____
ANAMARIA FELIX
Joint Debtor

_____
Bert L. Roos
Attorney for Petitioners