BERT L. ROOS, P.C.
Bert L. Roos, (#006960)
5045 North 12th Street, Suite B
Phoenix, Arizona 85014
(602) 242-7869
Fax: (602) 242-5975
blrpc85015@msn.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) In Proceedings Under Chapter 11
)
AMPELIO BARRON FELIX, ) Case No.: 2:09-bk-27291-CGC
)
and )
) DECLARATION OF EVIDENCE OF
) EMPLOYER'S PAYMENTS WITHHIN 60
ANAMARIA FELIX, ) DAYS
)
Debtor(s). )
)
)
)
_____ )

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtors from any employer within 60 days prior to the filing of the petition;

☒ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 11-20-09         _____     _____
                          Signature of Debtor             Signature of Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

-1-