Bert L. Roos (#006960)
BERT L. ROOS, P. C.
5045 North 12th Street, Suite B
Phoenix, AZ 85014
(602) 242-7869
Fax: (602) 24205975
blrpc85015@msn.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Under Chapter 11 Proceedings |
| AMPELIO BARRON FELIX, | Case No.: 2:09-bk-27291-CGC |
| and | |
| ANAMARIA FELIX, | DECLARATION OF DEBTORS IN SUPPORT OF DEBTOR'S CHAPTER 11 CASE |
| Debtor(s). | |

This Declaration is filed by Debtors, Ampelio Barron Felix and Anamaria Felix who declare under penalty of perjury as follows:

**Introduction**

1. We are over 18 years of age, and are competent and authorized to make this Status Report.

2. Except as otherwise indicated, all facts set forth in this Declaration are based on our personal knowledge, our review of relevant documents, or our opinion. If called upon to testify, we would and could testify competently to the facts set forth herein.

**Background on the Debtor**

3. The Debtors are consumers and filed under personal bankruptcy.

5. On October 27, 2009 (the "Filing Date"), the Debtors filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtors continues in possession of their property as debtor-in-possession pursuant to Bankruptcy Code § 1107 and 1108.

### Description of the Debtors Real Property

6. The debtors' single family home located at 13131 E. Ocotillo Rd., Chandler, Arizona 85008 ("single family home") with a fair market value of $290,991.00. Duplex Family Home which is in debtors' name but belongs to debtor's mother, located at 898 W. Calle Del Norte, Chandler, Arizona 85225 ("Duplex") with a fair market value of $80,000.00. A 32 unit multi-family apartment complex located at 2608, 2612, 2618 E. Roosevelt, Phoenix, Arizona, 85003 and 2623 E. Portland, Phoenix, Arizona 85008 ("32 unit apartments") with a fair market value of $532,500.00. A 12 unit multi-family Apartment Complex located at 525 N. 32nd Street, Phoenix, AZ 85008 ("12 unit apartments) with a fair market value of $207,500.00. A 3 unit multi-family apartment complex located at 2734 E. Portland Street, Phoenix, Arizona 85008 ("3 unit apartments") with a fair market value of $80,000.00. A 4 unit multi-family apartment complex located at 2736 E. Portland Street, Phoenix, Arizona 85008 ("4 units apartments") with a fair market value of $108,000.00. Debtors have had minimal operating income since most of their apartment tenants are low income individuals whom worked in construction and have left to Mexico due to the loss of jobs due to the bad economy. Debtors are in the business of renting apartments.

### Secured Debts Against Debtors

7. Single family Home is encumbered by: (i) a first lien in favor of Bank of America ("BA1"), which claims indebtedness in the principal amount of approximately $128,000.00 plus accrued and accruing interest, and (ii) a secured lien in favor of Bank of America ("BA2"), which claims an indebtedness in the principal amount of approximately $155,631.00 plus accrued and accruing interest. Duplex is encumbered by a first lien in favor of Bank of America ("BA3"), which claims indebtedness in the principal amount of approximately $86,000.00 plus accrued and accruing interest. 32 unit apartments are encumbered by a first lien in favor of Imperial Capital Bank ("ICB"), which claims indebtedness in the principal amount of approximately $1,075,751.60 plus accrued and accruing interest. 12 unit apartments are encumbered by a first lien in favor of JP Morgan Chase ("JPMC"), which claims indebtedness in the principal amount of approximately $359,612.67 plus accrued and accruing interest. 3 unit apartments are encumbered by a first lien in favor of Aurora Loan Servicing ("ALS1"), which claims indebtedness in the principal amount of approximately $99,400.00 plus accrued and accruing interest. 4 unit apartments are encumbered by a first lien in favor of Aurora Loan Servicing (ALS2), which claims indebtedness in the principal amount of approximately $128,000.00 plus accrued and accruing interest.

8. The Debtors believes that BA1, BA2, BA3, ICB, JPMC, ALS1 and ALS2l will claim a secured interest in the real property.

### Events Leading Up to the Debtors' Chapter 11 Filing

9. Debtors have suffered significantly as a result of the credit crisis and economic recession that has gripped the nation for at least the past two (2) years. The Debtor's business, ownership and operation of apartment complexes has been particularly hard hit by these difficult economic times.

10. On October 16, 2009, ICB filed with the Superior Court of Arizona a civil complaint numbered CV2009-054573 for Collection on Promissory Note. In order to salvage this investment in the 32 unit apartments, the Debtors filed for Chapter 11 relief before the entry of Judgment of ICB.

### Equity in the Debtors Real Property

11. Debtors' single family home has equity of approximately $7,360.00. All other real properties currently don't have equity.

### Reorganization Intents

12. The primary means for effectuating the plan shall be the Debtors' net income from the tenant's rental income from the apartment complexes listed above. The reorganization will only be successful if the secured creditor for the 32 unit complex is willing or forced to reduce the principal amount to the current market value.

13. Debtor will file a Disclosure Statement and Plan of reorganization that provides payments to the secured creditors within 45 days of this declaration.

### Immediate Needs in the Case

16. To effectively reorganize, the Debtor immediately needs (among other things) to negotiate the ICB loan in order to continue operating the rental business.

DATED this 24th day of November 2009.

/s/Ampelio Barron Felix                 /s/Anamaria Felix
Ampelio Barron Felix                    Anamaria Felix
Debtor                                  Joint Debtor