# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | AMPELIO BARRON & ANAMARIA FELIX |
| **Case Number:** | 2:09-bk-27291-CGC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 01, 2009 11:00 AM  6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matters:

1) INITIAL CHAPTER 11 CASE CONFERENCE
   R / M #:   1 / 0

2) Notice of Nonconsent to Use of Cash Collateral /Consolidated Notice of Non-Consent to use of Cash Collateral, Demand for Accounting and Turn-Over of Cash Collateral & Request for Court to Schedule an Expedited Hearing on Said Notice and Demand filed by DAVID L. KNAPPER of LAW OFFICES OF DAVID L. KNAPPER on behalf of IMPERIAL CAPITAL BANK
   R / M #:   15 / 0

## Appearances:

BERT ROOS, ATTORNEY FOR AMPELIO BARRON FELIX AND ANAMARIA FELIX
DAVID L. KNAPPER, ATTORNEY FOR IMPERIAL CAPITAL BANK

## Proceedings:

Mr. Roos discusses the nature of debtors' business and advises an agreement was reached on the use of cash collateral and places the terms on the record.

Mr. Knapper advises counsel need to discuss who will be the appointed receiver. He notes a property manager will need to be appointed or parties can enter into a stay relief order allowing his client to be appointed as receiver of the property. He requests the submitted stipulated order be retroactive to the 1st of December, 2009.

THE COURT WILL SIGN AN ORDER RELATING TO ADEQUATE PROTECTION WHICH SHOULD BE NOTICED ON A 15 DAY BAR DATE FOR OBJECTIONS. IF NO OBJECTIONS ARE FILED THE ORDER WILL BECOME FINAL WITHOUT ANY FURTHER HEARINGS OR ORDERS OF THE COURT.

IT IS ORDERED THE PLAN AND DISCLOSURE STATEMENT ARE TO BE FILED NO LATER THAN JANUARY 8, 2010; FAILING THAT THE CASE WILL BE CONVERTED OR DISMISSED.