**BERT L. ROOS, #006960**
**Bert L. Roos, P.C.**
**5045 N. 12th Street, Suite B**
**Phoenix, Arizona 85014**
**Phone (602) 242-7869**
**Fax: (602) 242-5975**
**Email: blrpc85015@msn.com**
**Attorney for Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) In Proceedings Under Chapter 11 |
| AMPELIO BARRON FELIX, | ) Case No.: 2:09-bk-27291-CGC |
| and | ) |
| ANAMARIA FELIX, | ) APPLICATION TO EMPLOY ATTORNEY |
| Debtor(s). | ) |

The Debtors, AMPELIO BARRON FELIX and ANAMARIA FELIX , applies as follows:

1. On or about October 27, 2009, these Debtors filed their Chapter 11 bankruptcy reorganization Petition;

2. These Debtors wish to employ BERT L. ROOS as their attorney in this Chapter 11 proceeding;

3. Applicants has selected BERT L. ROOS as its attorney for the reasons that he is admitted to practice in this Court, is familiar with all business aspects of these Debtors, has experience in matters of this nature, and is will qualified to so represent them;

4. The professional services to be rendered by such attorney shall include, but not limited to, the providing of legal advice with respect to the powers, duties and responsibilities of the Debtors concerning its business, continued operations, and management of applicable property; the preparation of all necessary and required Applications, Orders, Reports, and other needed legal documents; and the performance of any and all other legal services for the Debtors, as Debtor-in-Possession, which will became necessary and required;

5. It is necessary for Debtors, as Debtor-in-Possession, to employ such attorney for said legal and professional services;

6. The Debtors desires to employ such attorney under hourly rate procedures due to the extensive legal services required; and

7. BERT L. ROOS represents no interest adverse to the Debtors of the estate in this matter, and such employment would be in the best interest of this estate.

WHEREFORE, the Debtors, by this Application, prays that they be authorized to employ and appoint BERT L. ROOS under hourly rate agreements to represent them as Debtor-in-Possession in this Chapter 11 bankruptcy reorganization proceeding.

RESPECTFULLY SUBMITTED this 4th day of December, 2009.

By /s/Ampelio Barron Felix                By /s/Anamaria Felix
   Debtor                                    Joint Debtor


By: /s/Bert L. Roos
    5045 N. 12th Street, Suite B
    Phoenix, AZ 85014
    Attorney for Debtor