BERT L. ROOS, #006960
Bert L. Roos, P.C.
5045 N. 12th Street, Suite B
Phoenix, Arizona 85014
Phone (602) 242-7869
Fax: (602) 242-5975
Email: blrpc85015@msn.com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | In Proceedings Under Chapter 11 |
| AMPELIO BARRON FELIX, ) | Case No.: 2:09-bk-27291-CGC |
| and ) | AFFIDAVIT OF ATTORNEY RE: |
| ANAMARIA FELIX, ) | RULE 2014 AND RULE 2016 |
| Debtor(s). ) | |

STATE OF ARIZONA )
) ss.
COUNTY OF MARICOPA )

BERT L. ROOS, being first duly sworn, upon his oath deposes and says;

That he is an attorney duly admitted to practice in this Court and in the State of Arizona; that he maintains an office for the practice of law at 5045 N. 12th Street, Suite B, Phoenix, Arizona, 85014; that he has no relationship with the Debtors, AMPELIO BARRON FELIX and ANAMARIA FELIX, except in the representation of it as an attorney; that he represents no interest adverse to that of AMPELIO BARRON FELIX and ANAMARIA FELIX; that he has no connections with the creditors or other parties in interest, their respective attorneys and accountants, no interest in the Debtors or prior connection with the Debtors, the United States Trustee, or any person employed by the United States Trustee; that the compensation to be paid by Debtors for legal services is Three Hundred ($300.00) Dollars per hour, plus costs; that the source of payments for attorneys fees and costs will be from the Debtors for services performed, that the initial retainer and costs of five thousand ($5,000.00) were paid by the

Debtors; prior to the filing of the Notice of Appearance by counsel, the undersigned received Five Thousand ($5,000.00) Dollars for legal services; that the undersigned has received no transfer, assignment or pledge of property; and that the undersigned has not shared or agreed to share with any other person, any compensation paid or to be paid.

BERT L. ROOS

SUBSCRIBED AND SWORN to before me this 4th day of December, 2009, by BERT L. ROOS.

Theresa Bailey #216049
Notary Public - Arizona
Maricopa County
My Commission Expires
September 13, 2013

Notary Public

My commission expires:
9-13-2013

Copy of the foregoing mailed
this 4th day of December 2009 to:

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85013

AMPELIO BARRON FELIX
13131 E. OCOTILLO RD.
CHANDLER, AZ 85249
Debtor

ANAMARIA FELIX
13131 E. OCOTILLO RD.
CHANDLER, AZ 85249
Joint Debtor

DAVID L. KNAPPER
LAW OFFICES OF DAVID L. KNAPPER
1599 E ORANGEWOOD AVE #125
PHOENIX, AZ 85020-5159
Attorney for Imperial Capital Bank

By: /s/Bert L. Roos

-2-