**BERT L. ROOS, #006960**
**Bert L. Roos, P.C.**
**5045 N. 12th Street, Suite B**
**Phoenix, Arizona 85014**
**Phone (602) 242-7869**
**Fax: (602) 242-5975**
**Email: blrpc85015@msn.com**
**Attorney for Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | In Proceedings Under Chapter 11 |
| ) | |
| AMPELIO BARRON FELIX, ) | Case No.: 2:09-bk-27291-CGC |
| ) | |
| and ) | |
| ) | |
| ANAMARIA FELIX, ) | |
| ) | |
| Debtor(s). ) | |

### NOTICE OF LODGING PROPOSED ORDER

NOTICE IS GIVEN that pursuant to Rule 9022-1, Local Rules of Bankruptcy Procedure for the District of Arizona, the attached proposed Order was lodged with the United States Bankruptcy Court this 4th day of December, 2009.

DATED this 4th day of December, 2009.

/s/Bert L. Roos, SBN006960
Bert L. Roos
Attorney for Debtors

BERT L. ROOS, #006960
Bert L. Roos, P.C.
5045 N. 12th Street, Suite B
Phoenix, Arizona 85014
Phone (602) 242-7869
Fax: (602) 242-5975
Email: blrpc85015@msn.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) In Proceedings Under Chapter 11 |
| AMPELIO BARRON FELIX, | ) Case No.: 2:09-bk-27291-CGC |
| and | ) |
| ANAMARIA FELIX, | ) ORDER AUTHORIZING EMPLOYMENT AND APPOINTMENT OF ATTORNEY |
| Debtor(s). | ) |

The Debtors having filed their Application to Appoint and Employ Attorney BERT L. ROOS as their attorney in these proceeding under an hourly rate agreement; the Court having reviewed such application and the affidavit of BERT L. ROOS; it appearing that BERT L. ROOS is duly admitted to practice law in the State of Arizona and this Court; the Court being satisfied that BERT L. ROOS represents no interest adverse to the Debtors or this estate; and the Court having determined that the employment and appointment of BERT L. ROOS as the attorney to render legal services to the Debtors in these proceedings is necessary and in the best interest of this estate, and that this proceeding is one justifying an hourly rate agreement,

NOW, THEREFORE , IT IS HEREBY ORDERED that AMPELIO BARRON FELIX and ANAMARIA FELIX, the Debtors in this proceeding, be and is hereby authorized to employ and appoint as their attorney in this matter BERT L. ROOS to represent them under hourly rate procedures in this Chapter 11 proceeding, the payment of legal services and costs pursuant to Court Order only.

**DATED, SIGNED AND ORDERED AS ABOVE STATED**