IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re: ) CHAPTER 11
)
AMPELIO BARRON FELIX and ) Case No. 2-09-27291-CGC
ANAMARIA FELIX, )
) MINUTE SHEET FOR THE
) SECTION 341(a) MEETING
)
Debtor(s). ) DATE & TIME: 12/1/09 at 9:30 A.M.
)

Debtor Present (✓) YES ( ) NO    PRESIDING OFFICER: <u>RIC CUELLAR</u>

Debtor's Address: _____

APPEARANCE BY ATTORNEY FOR DEBTOR: BERT ROOS    ✓ Yes ___ No

_____ PRESENT ON BEHALF OF DEBTOR

DEBTOR SWORN AND EXAMINED?   (✓) YES   ( ) NO

APPEARANCES:
              NAME                                    REPRESENT

1. _____      _____

2. _____      _____

3. _____      _____

4. _____      _____

5. _____      _____

RELATED CASES: _____

SCHEDULES FILED (✓) YES ( ) NO IF NO, HAS ORDER BEEN ENTERED EXTENDING
TIME?  ( ) YES  ( ) NO  IF NO, WHY HAVE SCHEDULES NOT BEEN FILED?

_____

WHEN WILL SCHEDULES BE FILED? _____

(✓) Concluded      ( ) Continued to:

                              Date: _____

                              Time: _____

                              Location: _____

(  ) Dismiss for Failure to Appear and/or for Failure to File Schedules