UNITED STATES BANKRUPTCY COURT
District of Arizona
Phoenix Division

**FILED**
DEC 0 8 2009
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
AMPELIO BARRON FELIX
ANAMARIA FELIX
Debtors

Chapter 11
Bankruptcy Case No: 2:09-BK-27291-CGC

## DECLARATION RE: ELECTRONIC FILING

### PART I - DECLARATION OF PETITIONER

I (We) <u>AMPELIO BARRON FELIX and ANAMARIA FELIX</u>, the undersigned debtor(s), corporate officer or partnership member, *hereby declare under penalty of perjury* that the information I have given my attorney and the information, including social security numbers, provided in the completed petition, lists, statements and schedules is true and correct. I have reviewed and signed each of the foregoing completed documents and my attorney has provided me with a signed copy of each to retain for my records. I consent to my attorney electronically filing the completed petition, lists, statements and schedules with the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk after all schedules and statements have been filed electronically but, in no event, no later than 20 days after the date the petition was filed or, in the event an extension has been granted, no later than 5 days after the schedules and statements are filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed without further notice.

[ ] [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in the petition.

Dated: 11-20-09

_____
AMPELIO BARRON FELIX
Debtor or Authorized Corporate Officer or Partnership Member

_____
ANAMARIA FELIX
Joint Debtor

### PART II - DECLARATION OF ATTORNEY

I declare as follows: The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and have complied with all other requirements in the most recent Interim Operating Order. If an individual, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

Date: 11-20-09    Signed: _____
                          Attorney for Debtor(s)

(FILE ORIGINAL WITH COURT. DO NOT FILE ELECTRONICALLY)