David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Telephone:      (602) 252-0809
Facsimile No:   (602) 256-0432
E-Mail:         dlk@knapperlaw.com
Attorney for Secured Creditor **IMPERIAL CAPITAL BANK**

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 2:09-bk-27291-CGC<br><br>**OBJECTION TO APPLICATION FOR AN EXPEDITED ORDER TO EMPLOY COUNSEL**<br><br>(Assigned to the Honorable Judge Charles G. Case II) |

Very briefly, Secured Creditor IMPERIAL CAPITAL BANK, a California commercial bank ("ICB"), hereby provides notice that it objects to Joseph W. Charles, Esq. and Joseph W. Charles, P.C. (collectively "Mr. Charles"), serving as Debtors' attorney because:

1)  Debtors are already represented by Bert L Roos, Esq. and Bert L. Roos, P.C. (collectively "Mr. Roos");

2)  as evidenced by Debtors'/Mr. Roos' Application to Employ, Debtors paid Mr. Roos a retainer of $5,000.00;

1

3) this Court's Minute Entry dated and filed December 1, 2009 evidences that to resolve ICB's non-consent to Debtors' use of ICB's cash collateral, Mr. Roos "place[d] on the record" an "agreement," whereby Debtors agreed that ICB's nominee would either serve as Debtors' property manager, or alternatively, ICB's nominee would be appointed in State Court as the receiver over ICB's collateral ;

4) wrongly reneging on the aforementioned agreement, Debtors have terminated Mr. Roos, and are now seeking Mr. Charles' assistance in attempting to evade the aforementioned binding "agreement";

5) Debtors'/Mr. Charles' Application to Employ references that Debtors have paid him $5,000.00;

6) for all ICB knows, Mr. Charles was paid with ICB's cash collateral, and without ICB's required consent

7) although this bankruptcy was filed October 27, 2009, Debtors have not yet filed any monthly Operating Report

## PRAYER

Based upon the foregoing, ICB respectfully requests the Court deny Debtors'Mr. Charles' Application to Employ, together with such further relief the Court deems appropriate.

RESPECTFULLY SUBMITTED this 22nd day of December, 2009.

LAW OFFICES OF DAVID L. KNAPPER

/s/David L. Knapper
David L. Knapper
Attorney for MOVANT

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | COPY of the foregoing |
| 4 | transmitted this |
| 5 | 22nd day of December, 2009, to: |
| 6 | The Honorable Judge Charles G. Case II |
| 7 | United States Bankruptcy Court |
| 8 | 230 North First Avenue |
| 9 | 6th Floor, Courtroom No. 601 |
| 10 | Phoenix, Arizona 85003 |
| 11 | |
| 12 | COPIES of the foregoing |
| 13 | mailed this 22nd day of December, 2009, to: |
| 14 | Ampelio Barron Felix |
| 15 | AnaMaria Felix, aka Ana Maria Felix |
| 16 | Felix Family Trust, U/A Dated September 23, 2008 |
| 17 | c/o Ampelio Barron Felix and AnaMaria Felix, |
| 18 | aka Ana Maria Felix, |
| 19 | Its Co-Trustees |
| 20 | 13131 East Ocotillo Road |
| 21 | Chandler, Arizona 85249-2613 |
| 22 | Debtors & Interested Parties |
| 23 | Bert L. Roos, Esq. |
| 24 | BERT L. ROOS, P.C. |
| 25 | 5045 North 12th Street, Suite B |
| 26 | Phoenix, Arizona 85014 |
| 27 | Attorney for Debtors/Respondents |
| 28 | |
| 29 | OFFICE OF THE U.S. TRUSTEE |
| 30 | 230 North 1st Avenue |
| 31 | Suite 204 |
| 32 | Phoenix, Arizona 85003 |
| 33 | Attorney for United States Trustee |
| 34 | |
| 35 | |

3

Case 2:09-bk-27291-CGC   Doc 49   Filed 12/22/09   Entered 12/22/09 13:11:15   Desc
LAW OFFICES OF DAVID L. KNAPPER
Main Document    Page 3 of 4

| | |
|---|---|
| 1 | Joseph W. Charles, Esq. |
| 2 | JOSEPH W. CHARLES, P.C. |
| 3 | 5704 West Palmaire Avenue |
| 4 | P.O. Box 1737 |
| 5 | Glendale, Arizona 85311-1737 |
| 6 | |
| 7 | /s/David L. Knapper |
| 8 | David L. Knapper |

4