David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Telephone:        (602) 252-0809
Facsimile No:     (602) 256-0432
E-Mail:           dlk@knapperlaw.com
Attorney for Movant/Secured Creditor **CITY NATIONAL BANK**

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX,<br><br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 2:09-bk-27291-CGC<br><br>(Assigned to the Honorable Judge Charles G. Case II) |
| CITY NATIONAL BANK, a national banking association, for itself and as acquirer of certain assets and liabilities of Imperial Capital Bank, from the Federal Deposit Insurance Corporation Acting as Receiver,<br><br>Movant,<br><br>v.<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX, aka ANA MARIA FELIX, Debtors, and FELIX FAMILY TRUST, U/A DATED SEPTEMBER 23, 2008, Interested Party,<br><br>Debtors/Respondents. | CONSOLIDATED NOTICE OF HEARING RE: OBJECTION TO APPLICATION FOR AN EXPEDITED ORDER TO EMPLOY COUNSEL<br>AND<br>ORDER AUTHORIZING APPOINTMENT OF COUNSEL<br>&<br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| State of Arizona | ) |
| | ) ss. |
| County of Maricopa | ) |

David L. Knapper, being first duly sworn upon his oath, deposes and states:

**NOTICE IS HEREBY PROVIDED** that on January 5, 2010 at 2:30 p.m., the Honorable Charles G. Case II will conduct a Hearing on the Sixth Floor, Courtroom 601 of the United States Bankruptcy Court, District of Arizona, Phoenix, Division, located at 230 North First Avenue, Phoenix, Arizona 85003 as regards the Objection to the Application for an Expedited Order to Employ Counsel filed on December 22, 2009 by Movant/Secured Creditor IMPERIAL CAPITAL BANK, whose successor-in-interest is CITY NATIONAL BANK, a national banking association, for itself and as acquirer of certain assets and liabilities of Imperial Capital Bank, from the Federal Deposit Insurance Corporation Acting as Receiver, in connection with the above-captioned Chapter 11, together with the Order Authorizing Appointment of Counsel entered on December 22, 2009.

**NOTICE IF FURTHER HEREY PROVIDED** that on the 29th day of December, 2009, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, true and correct copies of this pleading to be mailed to:

> Ampelio Barron Felix
> AnaMaria Felix, aka Ana Maria Felix
> Felix Family Trust, U/A Dated September 23, 2008
> c/o Ampelio Barron Felix and AnaMaria Felix,
> aka Ana Maria Felix,
> Its Co-Trustees
> 13131 East Ocotillo Road
> Chandler, Arizona 85249-2613
> Debtors/Respondents

2
Case 2:09-bk-27291-CGC    Doc 55    Filed 12/29/09    Entered 12/29/09 23:27:42    Desc
LAW OFFICES OF DAVID L. KNAPPER          Main Document    Page 2 of 3

| | |
|---|---|
| 1 | OFFICE OF THE U.S. TRUSTEE |
| 2 | 230 North 1st Avenue |
| 3 | Suite 204 |
| 4 | Phoenix, Arizona 85003 |
| 5 | Attorney for United States Trustee |
| 6 | |
| 7 | Joseph W. Charles, Esq. |
| 8 | JOSEPH W. CHARLES, P.C. |
| 9 | 5704 West Palmaire Avenue |
| 10 | P.O. Box 1737 |
| 11 | Glendale, Arizona 85311-1737 |

FURTHER AFFIANT SAYETH NAUGHT.

_____
David L. Knapper

SUBSCRIBED AND SWORN TO before me this 29th day of December, 2009, by David L. Knapper.

DONNA L BOCK
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 19, 2012

_____
Notary Public

My Commission Expires:

March 19, 2012

3