**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: attyjcharles@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>AMPELIO BARRON FELIX and<br>ANAMARIA FELIX,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:09-bk-27291-CGC<br><br>**MOTION TO DISMISS CHAPTER 11 PROCEEDINGS**<br><br>*(Assigned to Honorable Charles G. Case II)* |

**COMES NOW** the Debtors, AMPELIO BARRON FELIX and ANAMARIA FELIX, by and through counsel undersigned, and hereby avow, state and allege as follows:

1. These matters were initiated with the Debtors filing a Chapter 11 Petition on October 27, 2009.

2. The Debtors appeared as required with the United States Trustee's office for a review of their case in anticipation of their subsequent 341 Meeting of Creditors Hearing.

3. The Debtors appeared at the 341 Meeting of Creditors Hearing on December 1, 2009 as required.

- 1 -

4. The Debtors have filed all statements and schedules in these proceedings.

5. The Debtors have paid all quarterly fees to the United States Trustee to the extent that any were due.

6. The secured creditor City National Bank, as successor to Imperial Capital Bank, and Debtors entered into a Stipulation regarding the appointment of a receiver on Debtors' property located at 2608, 2612, 2618 East Roosevelt and 2613 E. Portland Street, Phoenix, Arizona, 85008.

7. Debtors turned over possession of the property to the Receiver on January 1, 2010.

8. The Debtors have conferred with City National Bank's counsel, David L. Knapper, concerning Debtors' Motion to Dismiss their Chapter 11 proceedings, who has agreed on behalf of his client that they have no opposition to these Chapter 11 proceedings being dismissed and to that affect they have filed a Notice of No Opposition to Debtors Causing this Bankruptcy to be Dismissed on February 4, 2010, Docket No. 77, indicating that they have no objection to the dismissal of these proceedings and would not be prejudiced by any dismissal.

9. The Debtors are fully informed as to the affects of a potential dismissal of their Chapter 11 proceedings and are aware that they will lose protection of the automatic stay.

NOW THEREFORE, in light of the foregoing, the Debtors respectfully request that the Court dismiss their pending Chapter 11 proceedings.

Respectfully submitted this _____ day of February, 2010.

/s/ Ampelio Barron Felix_____
Ampelio Barron Felix
*Debtor*


/s/. AnaMaria Felix_____
AnaMaria Felix, aka Ana Maria Felix
*Debtor*


JOSEPH W. CHARLES, P.C.


By: /s/ Joseph W. Charles
　　　JOSEPH W. CHARLES
　　　5704 West Palmaire Avenue
　　　Post Office Box 1737
　　　Glendale, Arizona  85311
　　　*Attorney for Debtors*

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this _____ day of
February, 2010, to:

Ampelio Barron Felix
AnaMaria Felix, aka Ana Maria Felix
Felix Family Trust, U/A Dated September 23, 2008
c/o Ampelio Barron Felix and AnaMaria Felix
aka Ana Maria Felix
Its Co-Trustees
13131 E. Ocotillo Road
Chandler, Arizona 85249-2613
*Debtors*

David L. Knapper, Esq.
LAW OFFICES OF DAVID L. KNAPPER
1599 E. Orangewood, Suite 125
Phoenix, AZ 85020
*Attorney for Movant*


  /s/ S. Borek