**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: attyjcharles@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:09-bk-27291-CGC<br><br>**NOTICE OF FILING MOTION TO DISMISS CHAPTER 11 PROCEEDINGS**<br><br>*(Assigned to Honorable Charles G. Case II)* |

**TO DEBTORS, DEBTORS' COUNSEL AND THE TRUSTEE
AND OTHER PARTIES-IN-INTEREST**

NOTICE IS HEREBY GIVEN pursuant to Local Rules of the United States Bankruptcy Court, Rule No. 4001-1(d), the Debtors have filed a Motion to Dismiss in the above-referenced Chapter 11 proceeding.

Any objection or response to the Motion to Dismiss Chapter 11 Proceedings must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Debtors' attorney, JOSEPH W. CHARLES, P.C., 5704 W. Palmaire Avenue, Glendale, Arizona, 85311.

- 1 -

**NOTICE IS HEREBY FURTHER GIVEN** that if no objection or response to the Motion to Dismiss Chapter 11 Proceedings is filed within twenty-one (21) days of the date of service of this Notice of Filing Motion to Dismiss Chapter 11 Proceedings, Debtors' request for dismissal may be granted without a hearing, upon the Debtors filing a certificate of service and no objection.

**JOSEPH W. CHARLES, P.C.**

By: /s/ Joseph W. Charles
Joseph W. Charles
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
*Attorney for Debtors*

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this 18th day of
February, 2010, to:

Ampelio Barron Felix and AnaMaria Felix
13131 E. Ocotillo Road
Chandler, Arizona 85249-2613
*Debtors*

City National Bank
c/o David L. Knapper, Esq.
Law Offices of David L. Knapper
1599 E. Orangewood, Suite 125
Phoenix, AZ 85020
*Creditor*

Imperial Capital Bank
c/o David L. Knapper, Esq.
Law Offices of David L. Knapper
1599 E. Orangewood, Suite 125
Phoenix, AZ 85020
*Creditor*

Recovery Management
Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131
*Creditor*

Aurora Loan Servicing
c/o McCarthy, Holthus & Levine
3636 N. Central Avenue, Suite 1050
Phoenix, AZ 85012-1960

Bank of America
P.O. Box 26078
Greensboro, NC 27420

First Credit Union
P.O. Box 22030
Tempe, AZ 85285

```
 1
 2   JP Morgan Chase Bank
     P.O. Box 650528
 3   Dallas, TX  75265-0528
 4
     David L. Knapper, Esq.
 5   Law Offices of David L. Knapper
     1599 E. Orangewood, Suite 125
 6   Phoenix, AZ 85020
 7
     Bert L. Roos, Esq.
 8   Bert L. Roos, P.C.
     5045 North 12th Street, Suite B
 9   Phoenix, AZ  85014
10
     U.S. Trustee
11   Office of the U.S. Trustee
     230 North 1st Avenue, Suite 204
12   Phoenix, AZ  85003
13
14

15    /s/ S. Borek                        
```