# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | AMPELIO BARRON & ANAMARIA FELIX | |
| **Case Number:** | 2:09-BK-27291-CGC | **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 18, 2010 01:30 PM   6TH FLOOR #601 | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | |
| **Courtroom Clerk:** | | |
| **Reporter / ECR:** | N/A | |

## *Matter:*

FINAL HEARING ON CONTINUED MOTION FOR RELIEF FROM STAY & DEMAND FOR ADEQUATE
PROTECTION FILED BY DAVID L.  KNAPPER OF LAW OFFICES OF DAVID L. KNAPPER ON BEHALF OF
IMPERIAL CAPITAL BANK.

**R / M #:**   16 / 0

**VACATED:  RESCHEDULED TO 2/17/10 AT 1:30 P.M.**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: RESCHEDULED TO 2/17/10 AT 1:30 P.M.

Case 2:09-bk-27291-CGC    Doc 83    Filed 02/18/10    Entered 02/23/10 09:41:23    Desc
Main Document    Page 1 of 1                                      02/23/2010   9:40:50AM