David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood, Suite 125
Phoenix, Arizona 85020
Telephone: (602) 252-0809
Facsimile No: (602) 256-0432
E-Mail: dlk@knapperlaw.com
Attorney for Secured Creditor IMPERIAL CAPITAL BANK

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 2:09-bk-27291-CGC<br><br>CONSOLIDATED:<br>(1) NOTICE OF LODGING PROPOSED DISMISSAL ORDER;<br>(2) REQUEST FOR ENTRY OF SAID ORDER;<br>(3) OR IN THE ALTERNATIVE, REQUEST FOR COURT TO SCHEDULE A STATUS CONFERENCE HEARING, &<br>(4) CERTIFICATE OF SERVICE<br><br>(Assigned to the Honorable Judge Charles G. Case II) |

State of Arizona     )
                     ) ss.
County of Maricopa   )

David L. Knapper, being first duly sworn upon his oath, deposes and states:

1.  Attached hereto as Exhibit "A" is a believed self-explanatory pleading captioned "Plaintiff's Request for Case Not to be Dismissed on April 30, 2010, and Instead, to be Further

Continued on the Inactive Calendar Through September 30, 2010," which CITY NATIONAL BANK, a national banking association, for itself and as acquirer of certain assets and liabilities of Imperial Capital Bank, from the Federal Deposit Insurance Corporation Acting as Receiver ("CNB"), has filed earlier today, April 12, 2010, in its lawsuit that is pending in State Court against the above-named Debtors.

2. As this Court will read, pursuant to the pleading attached hereto as Exhibit "A," CNB believes this Chapter 11 should have earlier been dismissed.

3. Specifically, on February 17, 2010 the Debtors filed a pleading captioned "Motion to Dismiss Chapter 11 Proceedings" ("Docket #78); still on February 17, 2010, they also filed pleadings captioned "Notice of Lodging Proposed Order Dismissing Debtors/Respondents Chapter 11 Proceedings" (included as part of Docket #79), together with a proposed "Order Dismissing Debtors/Respondents Chapter 11 Proceedings" (also included as part of Docket #79); on February 18, 2010, the Debtors filed a "Notice of Filing Motion to Dismiss Chapter 11 Proceedings" ("Docket #81), and in that pleading, advised all parties that they had through March 11, 2010, at the very latest, to file a Response and/or Objection to Debtors' requested dismissal of this Chapter 13, and lastly, although the aforementioned Notice filed on February 18, 2010 (again, Docket #81), reflects that said Notice was mailed-out by the Debtors to apparently all necessary parties, nobody ever did file such a Response and/or Objection to the dismissal of this Chapter 11.

4. Accordingly, by this pleading, CNB hereby respectfully requests the Honorable Charles G. Case II ("Judge Case"), enter the proposed "Order of Dismissal" that this pleading hereby provides notice CNB is lodging simultaneously herewith.

5. This pleading also evidences that I am causing to be deposited with the United States Post Office by First Class Mail, postage prepaid, true and correct copies of both this pleading, and the proposed Order referenced in Paragraph 4 above, to be mailed to:

2

Case 2:09-bk-27291-CGC    Doc 84    Filed 04/12/10    Entered 04/12/10 23:53:52    Desc
LAW OFFICES OF DAVID L. KNAPPER            Main Document    Page 2 of 10

```
Ampelio Barron Felix
AnaMaria Felix, aka Ana Maria Felix
Felix Family Trust, U/A Dated September 23, 2008
c/o Ampelio Barron Felix and AnaMaria Felix,
aka Ana Maria Felix,
Its Co-Trustees
13131 East Ocotillo Road
Chandler, Arizona 85249-2613
Debtors & Interested Parties

OFFICE OF THE U.S. TRUSTEE
230 North 1st Avenue
Suite 204
Phoenix, Arizona 85003
Attorney for United States Trustee

Joseph W. Charles, Esq.
JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona  85311-1737
Attorney for Debtors
```

6. Lastly, if Judge Case is not inclined to summarily dismiss this Chapter 11, then on CNB's behalf, I hereby respectfully request that Judge Case schedule a Status Conference Hearing, so that CNB and I may learn exactly where this Chapter 11 is headed.

FURTHER AFFIANT SAYETH NAUGHT.

_____
David L. Knapper

SUBSCRIBED AND SWORN TO before me this 12th day of April, 2010, by David L. Knapper.

_____
Notary Public

My Commission Expires:

June 29, 2010



NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
PAUL S. HARTER
My Commission Expires 06/29/10

3

LAW OFFICES OF DAVID L. KNAPPER

| | |
|---|---|
| 1 | SUBMITTED this |
| 2 | 12th day of April, 2010, to: |
| 3 | |
| 4 | The Honorable Judge Charles G. Case II |
| 5 | United States Bankruptcy Court |
| 6 | 230 North First Avenue |
| 7 | Phoenix, Arizona 85003 |
| 8 | COPIES of the foregoing |
| 9 | mailed this 12th day of April, 2010, to: |
| 10 | |
| 11 | Those parties as identified above |
| 12 | |
| 13 | /s/David L. Knapper |

4

# EXHIBIT "A"

David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood Avenue, Suite 125
Phoenix, Arizona 85020
Telephone: (602) 252-0809
Facsimile: (602) 256-0432
E-Mail: dlk@knapperlaw.com
Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CITY NATIONAL BANK, a national banking association, for itself and as acquirer of certain assets and liabilities of Imperial Capital Bank, from the Federal Deposit Insurance Corporation Acting as Receiver,<br><br>Plaintiff,<br><br>vs.<br><br>AMPELIO BARRON FELIX, an individual; ANAMARIA FELIX, aka ANA MARIA FELIX, an individual; AMPELIO BARRON FELIX, CO-TRUSTEE OF THE FELIX FAMILY TRUST, U/A DATED SEPTEMBER 23 2008; ANAMARIA FELIX, aka ANA MARIA FELIX, CO-TRUSTEE OF THE FELIX FAMILY TRUST, U/A DATED SEPTEMBER 23 2008, and DOES I-X,<br><br>Defendants. | Case No. CV2009-054573<br><br>**PLAINTIFF'S REQUEST FOR CASE NOT TO BE DISMISSED ON APRIL 30, 2010, AND INSTEAD, TO BE FURTHER CONTINUED ON THE INACTIVE CALENDAR THROUGH SEPTEMBER 30, 2010**<br><br>(Assigned to the Honorable Stephen Kupiszewski) |

Plaintiff CITY NATIONAL BANK, a national banking association, for itself and as acquirer of certain assets and liabilities of Imperial Capital Bank, from the Federal Deposit Insurance Corporation Acting as Receiver ("CNB"), files this pleading to prevent the premature dismissal of this lawsuit, which is presently scheduled to be dismissed on April 30, 2010.

Good cause exists for this Court to issue an appropriate Minute Entry Order continuing this case on the inactive calendar through September 30, 2010 because:

1. this lawsuit is only six (6) months old, specifically, it was commenced on October 16, 2009;

2. CNB, which is the involved lender, deserves the opportunity to complete litigating the A.R.S. § 33-814(A) deficiency claim asserted in Count One of the Complaint that initiated this lawsuit;

3. the Trustee's Sale that triggered the deficiency was completed as recently as February 23, 2010 ("Sale"), with CNB purchasing the property that is the subject of the aforementioned Complaint by placing a successful credit; *albeit* deficiency, bid of $506,000.00;

4. but with CNB then owed well in excess of $1,100,000.00, this leaves CNB's borrowers, Defendants AMPELIO BARRON FELIX, an individual, and ANAMARIA FELIX, aka ANA MARIA FELIX, an individual (collectively "Defendants"), owing CNB a deficiency of easily more than $600,000.00;

5. the only reason why CNB is not presently actively prosecuting its deficiency claim is because the Chapter 11 bankruptcy that Defendants initiated on October 27, 2009, Case No. 2:09-bk-27291-CGC, United States Bankruptcy Court, District of Arizona ("Chapter 11"), has still not been dismissed, although CNB expects the Chapter 11 will shortly be dismissed because that is precisely what Defendants themselves requested in the Chapter 11 on February 17, 2010, with no party timely opposing their request;

6. yet, for some reason, the Chapter 11 has still not been dismissed;

7. while CNB earlier obtained an appropriate Lift Stay Order in the Chapter 11 authorizing CNB to cause the subject property to be placed into a receivership pursuant to Count Two of the Complaint that initiated this lawsuit, plus for HNB cause the Sale to be completed, no similar Lift Stay Order has been entered in the Chapter 11 that entitles CNB to proceed forward with litigating its deficiency claim;

— 2 —

8. obviously, CNB has no intention of violating the 11 U.S.C. § 362(a) bankruptcy automatic stay by prosecuting its deficiency claim in this lawsuit prior to either (a) the dismissal of the Chapter 11, or (b) CNB securing the entry of a Lift Stay Order in the Chapter 11 authorizing CNB to prosecute its deficiency claim;

9. on even date herewith, CNB is petitioning the bankruptcy judge assigned to the Chapter 11, specifically, the Honorable Charles G. Case, Jr. ("Judge Case"), to either enter an Order of Dismissal that dismisses the Chapter 11, or alternatively, to schedule a Status Conference;

10. if Judge Case enters an Order of Dismissal, then CNB will promptly move forward with prosecuting its deficiency claim in this lawsuit;

11. alternatively, if Judge Case conducts a Status Conference, CNB expects it shall then learn exactly what is to happen with the Chapter 11, including, although not necessarily, whether or not it shall be necessary for CNB to obtain an appropriate Lift Stay Order authorizing CNB to move forward with prosecuting its deficiency claim in this lawsuit, and

12. lastly, for the benefit of the Receiver appointed in this lawsuit effective January 1, 2010, this lawsuit also needs to be continued on the inactive calendar, so that the Receiver is afforded sufficient time to prepare and file its required Final Report, and thereafter, for this Court to enter an appropriate Order terminating the Receiver's duties, and also, releasing the Receiver.

### PRAYER

Based upon the foregoing, there can be no question here that CNB is doing what it can to move-along this lawsuit. Ample good cause exists for this Court to grant the appropriate Minute Entry Order hereby respectfully requested by CNB that shall continue this case on the inactive calendar through September 30, 2010.

— 3 —

RESPECTFULLY SUBMITTED this 12th day of April, 2010.

LAW OFFICES OF DAVID L. KNAPPER

_____
David L. Knapper
Attorney for CNB

CONFORMED COPY of the foregoing
hand-delivered this 12th
day of April, 2010, to:

The Honorable Stephen Kupiszewski
Maricopa County Superior Court
18380 North 40th Street
Phoenix, Arizona 85032

CONFORMED COPY of the foregoing,
mailed this 12th day of April, 2010, to:

Ampelio Felix and Anamaria, aka Ana Maria Felix
Ampelio Felix, Co-Trustee
Anamaria Felix, aka Ana Maria Felix Co-Trustee
Felix Family Trust, U/A dated September 23 2008
13131 East Ocotillo Road
Chandler, Arizona 85249
Defendants

UNCONFORMED COPY of the foregoing
e-mailed this 12th day of April, 2010, to:

Case, Huff & Associates, Inc.
Attention: Tim S. Huff
340 East Palm Lane, Suite 230
Phoenix, Arizona 85004-4530
timh@casehuff.com
Receiver

— 4 —

| | |
|---|---|
| 1 | UNCONFORMED COURTESY COPY of the foregoing |
| 2 | mailed this 12th day of April, 2010, to: |
| 3 | |
| 4 | Joseph W. Charles, Esq. |
| 5 | JOSEPH W. CHARLES, P.C. |
| 6 | 5704 West Palmaire Avenue |
| 7 | P.O. Box 1737 |
| 8 | Glendale, Arizona 85311-1737 |

Joseph W. Charles, Esq.
JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Bankruptcy Attorney

_____
David L. Knapper