**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: lawoffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AMPELIO BARRON FELIX and ANAMARIA FELIX,<br><br>Debtors. | Chapter 11<br><br>Case No. 2:09-bk-27291-CGC<br><br>MOTION TO DISMISS CHAPTER 11 PROCEEDINGS **AND AMENDED CERTIFICATE OF MAILING**<br><br>*(Assigned to Honorable Charles G. Case II)* |

**COMES NOW** the Debtors, AMPELIO BARRON FELIX and ANAMARIA FELIX, by and through counsel undersigned, and hereby avow, state and allege as follows:

1. These matters were initiated with the Debtors filing a Chapter 11 Petition on October 27, 2009.

2. The Debtors appeared as required with the United States Trustee's office for a review of their case in anticipation of their subsequent 341 Meeting of Creditors Hearing.

3. The Debtors appeared at the 341 Meeting of Creditors Hearing on December 1, 2009 as required.

- 1 -

4. The Debtors have filed all statements and schedules in these proceedings.

5. The Debtors have paid all quarterly fees to the United States Trustee to the extent that any were due.

6. The secured creditor City National Bank, as successor to Imperial Capital Bank, and Debtors entered into a Stipulation regarding the appointment of a receiver on Debtors' property located at 2608, 2612, 2618 East Roosevelt and 2613 E. Portland Street, Phoenix, Arizona, 85008.

7. Debtors turned over possession of the property to the Receiver on January 1, 2010.

8. The Debtors have conferred with City National Bank's counsel, David L. Knapper, concerning Debtors' Motion to Dismiss their Chapter 11 proceedings, who has agreed on behalf of his client that they have no opposition to these Chapter 11 proceedings being dismissed and to that affect they have filed a Notice of No Opposition to Debtors Causing this Bankruptcy to be dismissed on February 4, 2010, Docket No. 77, indicating that they have no objection to the dismissal of these proceedings and would not be prejudiced by any dismissal.

9. The Debtors are fully informed as to the affects of a potential dismissal of their Chapter 11 proceedings and are aware that they will lose protection of the automatic stay.

NOW THEREFORE, in light of the foregoing, the Debtors respectfully request that the Court dismiss their pending Chapter 11 proceedings.

Respectfully submitted this 14th day of April, 2010.

/s/ Ampelio Barron Felix
Ampelio Barron Felix
*Debtor*


/s/. AnaMaria Felix
AnaMaria Felix, aka Ana Maria Felix
*Debtor*


JOSEPH W. CHARLES, P.C.


By: /s/ Joseph W. Charles
     JOSEPH W. CHARLES
     5704 West Palmaire Avenue
     Post Office Box 1737
     Glendale, Arizona 85311
     *Attorney for Debtors*

– 3 –

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this 14th day of
April, 2010, to all parties listed on the
Master Mailing Matrix as follows:

Ampelio Barron Felix and AnaMaria Felix
13131 E. Ocotillo Road
Chandler, Arizona  85249-2613

David L. Knapper, Esq.
LAW OFFICES OF DAVID L. KNAPPER
1599 E. Orangewood, Suite 125
Phoenix, AZ 85020

City National Bank
c/o David L. Knapper, Esq.
Law Offices of David L. Knapper
1599 E. Orangewood, Suite 125
Phoenix, AZ 85020

Imperial Capital Bank
c/o David L. Knapper, Esq.
Law Offices of David L. Knapper
1599 E. Orangewood, Suite 125
Phoenix, AZ 85020

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131

Aurora Loan Services
c/o McCarthy, Holthus & Levine
3636 N. Central Avenue, Suite 1050
Phoenix, AZ  85012-1960

Bank of America
7105 Corporate Drive
Plano TX  75024-4100

Bert L. Roos, Esq.
Bert L. Roos, P.C.
5045 North 12th Street, Suite B
Phoenix, AZ  85014

Office of the U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ  85003


 /s/ S. Borek