**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: lawoffice@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

AMPELIO BARRON FELIX and
ANAMARIA FELIX,

              Debtors.

Chapter 11

Case No. 2:09-bk-27291-CGC

**NOTICE OF FILING MOTION TO DISMISS CHAPTER 11 PROCEEDINGS AND AMENDED CERTIFICATE OF MAILING**

*(Assigned to Honorable Charles G. Case II)*

**TO DEBTOR, DEBTOR'S COUNSEL AND THE TRUSTEE**
**AND OTHER PARTIES-IN-INTEREST**

        NOTICE IS HEREBY GIVEN pursuant to Local Rules of the United States Bankruptcy Court, the Debtors have filed a Motion to Dismiss Chapter 11 Proceedings and Amended Certificate of Mailing in the above-referenced Chapter 11 proceeding.

        Any objection or response to the Motion to Dismissal Chapter 11 Proceedings and Amended Certificate of Mailing must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Debtor's attorney, JOSEPH W. CHARLES, P.C., 5704 W. Palmaire Avenue, Glendale, Arizona, 85311.

– 1 –

1

2          NOTICE IS HEREBY FURTHER GIVEN that if no objection or response to the

3  Motion to Dismiss Chapter 11 Proceedings and Amended Certificate of Mailing is filed

4  within twenty-three (23) days of the date of service of this Notice of Filing Motion to

5  Dismiss Chapter 11 Proceedings, Debtors' request for dismissal may be granted without

6  a hearing, upon the Debtors filing a certificate of service and no objection.

7

8

9                                    JOSEPH W. CHARLES, P.C.

10

11

12                    By:     /s/ Joseph W. Charles_____
                              JOSEPH W. CHARLES
13                            5704 West Palmaire Avenue
                              Post Office Box 1737
14                            Glendale, Arizona  85311
                              *Attorneys for Debtors*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 2 –

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this 14th day of
April, 2010, to all parties listed on the
Master Mailing Matrix as follows:

Ampelio Barron Felix and AnaMaria Felix
13131 E. Ocotillo Road
Chandler, Arizona  85249-2613

David L. Knapper, Esq.
Law Offices of David L. Knapper
1599 E. Orangewood, Suite 125
Phoenix, AZ 85020

City National Bank
c/o David L. Knapper, Esq.
Law Offices of David L. Knapper
1599 E. Orangewood, Suite 125
Phoenix, AZ 85020

Imperial Capital Bank
c/o David L. Knapper, Esq.
Law Offices of David L. Knapper
1599 E. Orangewood, Suite 125
Phoenix, AZ 85020

Recovery Management
Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL  33131

Aurora Loan Services
c/o McCarthy, Holthus & Levine
3636 N. Central Avenue, Suite 1050
Phoenix, AZ  85012-1960

Bank of America
7105 Corporate Drive
Plano, TX  75024-4100

Bert L. Roos, Esq.
Bert L. Roos, P.C.
5045 North 12th Street, Suite B
Phoenix, AZ  85014

Office of the U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ  85003


 /s/ S. Borek